# EXHIBIT "2"



Contact Us    My Account    

# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

◀◀ BACK

**Not all search results will be displayed on-line.** For example, the following case types (Sealed, Juvenile, Adoption and Mental Health Cases) may or may not be in existence and may or may not be viewable by the public pursuant to Florida Supreme Court Mandate and the corresponding Access Security Matrix.

### REBECCA BELIARD VS FRONTIER HOLDINGS GROUP INC

| | | | |
|---|---|---|---|
| **Local Case Number:** | 2023-010175-CA-01 | **Filing Date:** | 03/21/2023 |
| **State Case Number:** | 132023CA010175000001 | **Judicial Section:** | CA23 - Downtown Miami |
| **Consolidated Case No.:** | N/A | **Court Location:** | 73 West Flagler Street, Miami FL 33130 |
| **Case Status:** | OPEN | **Case Type:** | Comm Premises Liability |

### Related Cases
**Total Of Related Cases: 0**

| Case Number | Filing Date | Case Type |
|---|---|---|

### Parties
**Total Of Parties: 3**

| Party Description | Party Name | Attorney Information | Other Attorney(S) |
|---|---|---|---|
| Plaintiff | BELIARD, REBECCA | | |
| Defendant | FRONTIER HOLDINGS GROUP INC | B#: (Bar Number)56208<br>N: (Attorney Name)Levenson, Joshua Royas | |
| Defendant AKA | FRONTIER AIRLINES INC (FLIGHT #2984) | | |

### Hearing Details
**Total Of Hearings: 0**

| Hearing Date | Hearing Time | Hearing Code | Description | Hearing Location |
|---|---|---|---|---|

### Dockets
**Total Of Dockets: 18**

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 18 | 08/19/2023 | | Order Setting CM Deadline | Event | |
| 📄 | 17 | 08/17/2023 | | Motion for Extension of Time | Event | Parties: Levenson Joshua Royas; FRONTIER HOLDINGS GROUP INC |
| 📄 | 16 | 08/17/2023 | | Notice of Appearance | Event | Parties: Levenson Joshua Royas; FRONTIER HOLDINGS GROUP INC |
| 📄 | 15 | 08/02/2023 | | Service Returned | Event | **SUMMONS NOT ATTACHED** |
| 📄 | 14 | 07/26/2023 | | Order Extending Time for | Event | **PLAINTIFFS' MOTION TO SERVE DEFENDANT** |
| 📄 | 13 | 07/12/2023 | | Motion for Extension of Time | Event | Parties: BELIARD REBECCA |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
|  | 06/28/2023 |  | 20 Day Summons Issued | Service |  |
| 12 | 06/28/2023 |  | ESummons 20 Day Issued | Event | **RE: INDEX # 10.**<br>Parties: FRONTIER HOLDINGS GROUP INC |
| 11 | 06/24/2023 |  | Receipt: | Event | **RECEIPT#:3170047 AMT PAID:$10.00 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:EFILINGS TENDER AMT:$10.00 RECEIPT DATE:06/24/2023 REGISTER#:317 CASHIER:EFILINGUSER** |
| 9 | 06/16/2023 |  | Notice of Interrogatory | Event |  |
| 8 | 06/16/2023 |  | Notice of Taking Video Deposition | Event |  |
| 7 | 06/16/2023 |  | Email Notice: | Event | **PRIMARY: PARALEGAL@DAVIDLAWOFFICE.COM** |
| 6 | 06/16/2023 |  | Request for Admissions | Event |  |
| 5 | 06/16/2023 |  | Request for Production | Event |  |
| 10 | 06/15/2023 |  | (M) 20 Day (C) Summons (Sub) Received | Event |  |
| 4 | 03/28/2023 |  | Receipt: | Event | **RECEIPT#:3191848 AMT PAID:$401.00 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:EFILINGS TENDER AMT:$401.00 RECEIPT DATE:03/28/2023 REGISTER#:319 CASHIER:EFILINGUSER** |
| 2 | 03/21/2023 |  | Complaint | Event |  |
| 1 | 03/21/2023 |  | Civil Cover Sheet - Claim Amount | Event |  |

◀◀ BACK

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services. You can review the complete Miami-Dade County Disclaimer.

## General

Online Case Home

Civil / Family Courts Information

Login

## Help and Support

Clerk's Home

Privacy Statement

ADA Notice

Disclaimer

Contact Us

About Us



Juan Fernandez-Barquin
Clerk of the Court and Comptroller
Miami-Dade County

73 W. Flagler Street
Miami, Florida 33130

305-275-1155

©2023 Clerk of the Courts. All rights reserved.