UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-23321-KMM

REBECCA BELIARD,

        Plaintiff,

vs.

FRONTIER HOLDINGS GROUP, INC. a
Delaware Corporation, d/b/a FRONTIER
AIRLINES, INC. (FLIGHT #2984),

        Defendant.

_____/

**NOTICE OF APPEARANCE AS COUNSEL OF RECORD FOR DEFENDANT**

    Attorney Joshua R. Levenson of Holland & Knight LLP hereby enters his appearance as counsel of record for Defendant Frontier Group Holdings, Inc., incorrectly named as Frontier Holdings Group, Inc., a Delaware corporation, and request that all pleadings, motions, and other papers be served at:

Joshua R. Levenson
joshua.levenson@hklaw.com
Holland & Knight LLP
515 E. Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Phone:  (954) 525-1000
Fax:  (954) 463-2030

Dated: August 30, 2023.

        Respectfully submitted,
        HOLLAND & KNIGHT LLP

        */s/ Joshua R. Levenson*
        Joshua R. Levenson
        Florida Bar No. 56208
        joshua.levenson@hklaw.com
        Holland & Knight LLP
        515 E. Las Olas Boulevard, Suite 1200
        Fort Lauderdale, Florida 33301

2

        Phone: (954) 525-1000
        Fax: (954) 463-2030
        *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 30, 2023, I electronically filed the foregoing document with the Clerk of the Court CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

Geralda David, Esq.
DAVID LAW OFFICE, P.A.
2200 N. Commerce Parkway, Suite 200
Weston, FL 33326
paralegal@davidlawoffice.com
service@davidlawoffice.com
*Counsel for Plaintiff*
**[ via e-Service ]**

        By: */s/ Joshua R. Levenson*
            Joshua R. Levenson
            Florida Bar No. 56208