UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-23321-KMM

REBECCA BELIARD,

    Plaintiff,

vs.

FRONTIER HOLDINGS GROUP, INC. a
Delaware Corporation, d/b/a FRONTIER
AIRLINES, INC. (FLIGHT #2984),

    Defendant.
_____/

## NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTION

Pursuant to Local Rule 3.8, Defendant, Frontier Group Holdings, Inc., incorrectly named as Frontier Holdings Group, Inc., a Delaware corporation, hereby gives notice that there are no pending, refiled, related or similar actions.

Dated: August 30, 2023.

                                              Respectfully submitted,
                                              HOLLAND & KNIGHT LLP

                                              */s/ Joshua R. Levenson*
                                              Joshua R. Levenson
                                              Florida Bar No. 56208
                                              joshua.levenson@hklaw.com
                                              Holland & Knight LLP
                                              515 E. Las Olas Boulevard, Suite 1200
                                              Fort Lauderdale, Florida 33301
                                              Phone:  (954) 525-1000
                                              Fax:  (954) 463-2030
                                              *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 30, 2023, I electronically filed the foregoing document with the Clerk of the Court CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

Geralda David, Esq.
DAVID LAW OFFICE, P.A.
2200 N. Commerce Parkway, Suite 200
Weston, FL 33326
paralegal@davidlawoffice.com
service@davidlawoffice.com
*Counsel for Plaintiff*
**[ via e-Service ]**

                By: */s/ Joshua R. Levenson*
                    Joshua R. Levenson
                    Florida Bar No. 56208

#226860399_v2