UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-23321-KMM

REBECCA BELIARD,

        Plaintiff,

vs.

FRONTIER HOLDINGS GROUP, INC. a Delaware Corporation, d/b/a FRONTIER AIRLINES, INC. (FLIGHT #2984),

        Defendant.
_____/

## RULE 7.1 STATEMENT OF DEFENDANT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Frontier Group Holdings, Inc., incorrectly named as Frontier Holdings Group, Inc., a Delaware corporation, by and through its attorneys, Holland & Knight LLP, states the following:

- Frontier Group Holdings, Inc., a Delaware corporation, is a public entity and is the 100% owner of Frontier Airlines Holdings, Inc.
- Frontier Airlines Holdings, Inc., a Delaware corporation, is a holding company and is the 100% owner of Frontier Airlines, Inc.
- Frontier Airlines, Inc. is a Colorado corporation.

Dated: August 30, 2023.

                                            Respectfully submitted,
                                            HOLLAND & KNIGHT LLP

                                            */s/ Joshua R. Levenson*
                                            Joshua R. Levenson
                                            Florida Bar No. 56208
                                            joshua.levenson@hklaw.com
                                            Holland & Knight LLP
                                            515 E. Las Olas Boulevard, Suite 1200

                 Fort Lauderdale, Florida 33301
                 Phone:  (954) 525-1000
                 Fax:  (954) 463-2030
                 *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on August 30, 2023, I electronically filed the foregoing document with the Clerk of the Court CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

Geralda David, Esq.
DAVID LAW OFFICE, P.A.
2200 N. Commerce Parkway, Suite 200
Weston, FL 33326
paralegal@davidlawoffice.com
service@davidlawoffice.com
*Counsel for Plaintiff*
**[ via e-Service ]**

                By: */s/ Joshua R. Levenson*
                  Joshua R. Levenson
                  Florida Bar No. 56208

#226860402_v2