UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-23321-KMM

REBECCA BELIARD,

        Plaintiff,

vs.

FRONTIER HOLDINGS GROUP, INC. a
Delaware Corporation, d/b/a FRONTIER
AIRLINES, INC. (FLIGHT #2984),

        Defendant.
_____/

## NOTICE OF COMPLIANCE WITH PRETRIAL ORDER [DE 3]

Defendant, Frontier Group Holdings, Inc., incorrectly named as Frontier Holdings Group, Inc., a Delaware corporation, hereby gives notice that undersigned counsel forwarded a copy of the Court's Paperless Pretrial Order [DE 3] to Plaintiff's counsel on August 30, 2023 in accordance with that order. Specifically, Defendant's counsel served it via email to the following email addresses associated with Plaintiff's counsel:

    service@davidlawoffice.com
    paralegal@davidlawoffice.com
    gdavid@davidlawoffice.com

Dated: August 30, 2023.

                        Respectfully submitted,
                        HOLLAND & KNIGHT LLP
                        */s/ Joshua R. Levenson*
                        Joshua R. Levenson
                        Florida Bar No. 56208
                        joshua.levenson@hklaw.com
                        Holland & Knight LLP
                        515 E. Las Olas Boulevard, Suite 1200
                        Fort Lauderdale, Florida 33301
                        Phone: (954) 525-1000
                        Fax: (954) 463-2030
                        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 30, 2023, I electronically filed the foregoing document with the Clerk of the Court CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

Geralda David, Esq.
DAVID LAW OFFICE, P.A.
2200 N. Commerce Parkway, Suite 200
Weston, FL 33326
paralegal@davidlawoffice.com
service@davidlawoffice.com
*Counsel for Plaintiff*
**[ via e-Service ]**

By: */s/ Joshua R. Levenson*
    Joshua R. Levenson
    Florida Bar No. 56208

#227789979_v1