UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-23321-KMM

REBECCA BELIARD,

       Plaintiffs,

vs.

FRONTIER HOLDINGS GROUP, INC. a
Delaware Corporation, d/b/a FRONTIER
AIRLINES, INC. (FLIGHT #2984),

       Defendant.
_____/

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Frontier Group Holdings, Inc., incorrectly named as Frontier Holdings Group, Inc., a Delaware corporation ("Defendant"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1(a)(1)(j) of the Southern District of Florida, hereby files its Unopposed Motion for Enlargement of Time to Respond to Plaintiff Rebecca Beliard's ("Plaintiff") Complaint up to and including October 6, 2023.  In support, Defendant states:

1. Plaintiff commenced a state court action for the alleged injuries suffered onboard Frontier Airlines, Flight 3984 from Miami, Florida to Baltimore, Maryland on May 20, 2022 as a result of an alleged trip and fall Plaintiff suffered that occurred prior to the flight taking off. [DE #1, Ex. 1, ¶¶ 6, & 12].

2. On August 30, 2023, Defendant timely removed the Action to federal court on diversity of citizenship grounds pursuant to 28 U.S.C. §§ 1332(a) and 1441(b) [DE #1].

3. The deadline for Defendant to respond to the Complaint currently is Wednesday, September 6, 2023.  *See* Fed. R. Civ. P. 81(c)(2)(C).

4. This extension of time is necessary as Defendant is still in the process of

investigating the facts alleged in the Complaint and is need of additional time to complete its investigation so that it can adequately prepare its response to the Complaint.

5. Defendant conferred with Plaintiff's counsel regarding this Motion. Plaintiff has no objection to the extension.

6. No party will be prejudiced by the relief requested in this Motion, and the Motion is not filed for purposes of delay or any other improper purpose.

7. This is Defendant's first request for an extension of time.

8. A proposed Order granting this Motion is attached as **Exhibit A**.

### Certification of Compliance with Local Rule 7.1(a)(3)

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that he conferred with Plaintiff's counsel and they do not oppose this motion for an enlargement of time.

**WHEREFORE**, Defendant respectfully requests that this Court enter an order that permits Defendant to have up to and including October 6, 2023, to file its response to Plaintiff's Complaint and all other relief as necessary and equitable.

Dated: August 31, 2023.

Respectfully submitted,
HOLLAND & KNIGHT LLP

*/s/ Joshua R. Levenson*
Joshua R. Levenson
Florida Bar No. 56208
joshua.levenson@hklaw.com
Holland & Knight LLP
515 E. Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Phone: (954) 525-1000
Fax: (954) 463-2030
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 31, 2023, I electronically filed the foregoing document with the Clerk of the Court CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

Geralda David, Esq.
DAVID LAW OFFICE, P.A.
2200 N. Commerce Parkway, Suite 200
Weston, FL 33326
paralegal@davidlawoffice.com
service@davidlawoffice.com
*Counsel for Plaintiff*
**[ via E-Service ]**

By: */s/ Joshua R. Levenson*
Joshua R. Levenson
Florida Bar No. 56208