# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-23321-KMM

REBECCA BELIARD,

         Plaintiffs,

vs.

FRONTIER HOLDINGS GROUP, INC. a Delaware Corporation, d/b/a FRONTIER AIRLINES, INC. (FLIGHT #2984),

         Defendant.

_____/

**ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

THIS CAUSE came to be heard on Defendant's Motion for Enlargement of Time to Respond to Plaintiff's Complaint (the "Motion"), and the Court having reviewed the Motion and the pleadings, and being otherwise fully advised in the premises, it is:

**ORDERED AND ADJUDGED** that the Motion is GRANTED. Defendant shall have up to and including October 6, 2023, by which to serve its response to the Complaint.

DONE and ORDERED in Chambers, at Miami-Dade County, Florida on this ____ day of _____, 2023.

                                                                             K. MICHAEL MOORE
                                                                             UNITED STATES DISTRICT JUDGE

**CC: counsel of record**