UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-23321-KMM

REBECCA BELIARD,

      Plaintiff,

vs.

FRONTIER HOLDINGS GROUP, INC. a
Delaware Corporation, d/b/a FRONTIER
AIRLINES, INC. (FLIGHT #2984),

      Defendant.
_____/

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT SCHEDULING REPORT

Defendant Frontier Group Holdings, Inc., incorrectly named as Frontier Holdings Group, Inc., a Delaware corporation ("Defendant"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b) and Southern District of Florida Local Rule 7.1(a)(1)(J), hereby moves for an extension of time for the parties to prepare and file a Joint Scheduling Report by an additional thirty (45) days while the parties continue to discuss an amendment to the Complaint regarding the incorrectly named party as the Defendant, and also to engage in settlement discussions. Plaintiff does not oppose this Motion. In support, Defendant states as follows:

    1.    On March 21, 2023, Plaintiff filed its Complaint against Defendant in Florida state court.

    2.    On July 31, 2023, Plaintiff served Defendant with the Complaint.

    3.    On August 30, 2023, Defendant timely removed this action to this Court on the basis of this Court's diversity jurisdiction. [*See* ECF No. 1.] *See also* 28 U.S.C. § 1332(a).

    4.    On August 30, 2023, the Court entered its Paperless Pretrial Order [ECF No. 3], directing the parties to prepare and file a Joint Scheduling Report by September 29, 2023.

2

5. On September 1, 2023, the Court granted Defendant's Unopposed Motion for Extension of Time to respond to the Complaint up until October 6, 2023.  [*See* ECF No. 11.]

6. Defendant's counsel and Plaintiff's counsel have conferred on the phone three times since the case was removed to federal court (specifically, on August 31, 2023, September 7, 2023 and September 18, 2023) regarding *inter alia* Defendant's position that Defendant was the incorrect party to be named (i.e., Frontier Airlines, Inc. is the company that operates the airline, not Defendant), an amendment to the Complaint to address this issue, and an extension of time to prepare the joint scheduling report once those issues are clarified.  Plaintiff's counsel had indicated they are in the process of preparing an amended complaint that will include Frontier Airlines, Inc.

7. Defendant respectfully requests the Court grant the parties an additional forty-five days to file the Joint Scheduling Report through Monday, November 13, 2023.

8. This Motion is not brought for purposes of delay.  Instead, the parties will continue to discuss an amendment of the Complaint regarding the named defendant, which may also affect both Defendant's response to the Complaint due on October 6, 2023 and the contents of any scheduling report, and continue to engage in settlement discussions.

9. No prejudice will result to Plaintiff, as this is the first request to extend the deadline to file a Joint Scheduling Report and because this request is unopposed.

10. Defendant's counsel discussed this request with Plaintiff's counsel prior to filing this Motion.  Plaintiff's counsel does not oppose this request.

11. In accordance with Local Rule 7.1(a)(2), a proposed Order granting this Motion is attached as **Exhibit A**.

WHEREFORE, Defendant respectfully requests this Court: (1) grant this Motion; (2) grant the parties an additional forty-five days (i.e., until November 13, 2023) to file a Joint Scheduling

Report; and (3) grant any other relief as necessary and equitable.

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(3)

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that he conferred with Plaintiff's counsel regarding the relief sought in this Motion in a good-faith effort to resolve the issues raised. Plaintiff does not oppose this Motion.

Dated: September 18, 2023.

Respectfully submitted,
HOLLAND & KNIGHT LLP

*/s/ Joshua R. Levenson*
Joshua R. Levenson
Florida Bar No. 56208
joshua.levenson@hklaw.com
Holland & Knight LLP
515 E. Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Phone: (954) 525-1000
Fax: (954) 463-2030
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 18, 2023, I electronically filed the foregoing document with the Clerk of the Court CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

Geralda David, Esq.
DAVID LAW OFFICE, P.A.
2200 N. Commerce Parkway, Suite 200
Weston, FL 33326
paralegal@davidlawoffice.com
service@davidlawoffice.com
*Counsel for Plaintiff*
**[ via E-Service ]**

By: */s/ Joshua R. Levenson*
     Joshua R. Levenson
     Florida Bar No. 56208