# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-23321-KMM

REBECCA BELIARD,

      Plaintiff,

vs.

FRONTIER HOLDINGS GROUP, INC. a
Delaware Corporation, d/b/a FRONTIER
AIRLINES, INC. (FLIGHT #2984),

      Defendant.
_____/

### [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT SCHEDULING REPORT

**THIS CAUSE** came before the Court upon the Unopposed Motion for Extension of Time to File Joint Scheduling Report filed by Defendant on September 18, 2023 (the "Motion"). The Court has reviewed the pertinent filings, has been advised that Plaintiff's counsel does not oppose the requested extension of time, and is otherwise fully advised in the premises. Accordingly, it is:

**ORDERED AND ADJUDGED** that the Motion is GRANTED. The parties have until forty-five days up through and including November 13, 2023 to prepare and file a Joint Scheduling Report.

**DONE AND ORDERED** in Chambers, in Miami-Dade County, Florida, on this ___ day of September, 2023.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record