UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-23321-KMM

REBECCA BELIARD,

       Plaintiff,

vs.

FRONTIER HOLDINGS GROUP, INC. a
Delaware Corporation, d/b/a FRONTIER
AIRLINES, INC. (FLIGHT #2984),

       Defendant.

_____/

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT [DE 1-1] PENDING AMENDMENT**

Defendant Frontier Group Holdings, Inc., incorrectly named as Frontier Holdings Group, Inc., a Delaware corporation ("Defendant"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1(a)(1)(j), hereby moves for an extension of time to respond to Plaintiff's Complaint [DE 1-1] by twenty-one days, because Plaintiff's counsel indicated they will be filing a Motion to Amend the Complaint. The proposed amendment removes Defendant from the action and names Frontier Airlines, Inc. as the defendant. Accordingly, since the Plaintiff is in the process of amending the Complaint (which Defendant indicated it does not oppose, *see infra*), then Defendant respectfully requests a twenty-one day extension of time to respond to the Complaint while the Plaintiff finalizes her amendment. In support, Defendant states as follows:

    1.    On March 21, 2023, Plaintiff filed her Complaint in Florida state court.

    2.    On July 31, 2023, Plaintiff served Defendant with the Complaint.

    3.    On August 30, 2023, Defendant timely removed this action to this Court on the basis of this Court's diversity jurisdiction. [*See* DE 1.] *See also* 28 U.S.C. § 1332(a). That same day, the Court entered its Paperless Pretrial Order [DE 3], directing the parties to prepare and file

a Joint Scheduling Report by September 29, 2023.

4. On September 1, 2023, the Court granted Defendant's Unopposed Motion for Extension of Time to respond to the Complaint until October 6, 2023. [*See* DE 11.]

5. On September 19, 2023, the Court granted the parties an extension of time to prepare and file the Joint Scheduling Report until October 19, 2023. [*See* DE 13.]

6. Defendant's counsel and Plaintiff's counsel have conferred multiple times since the matter was removed to federal court (specifically, on August 31, 2023, September 7, 2023, September 18, 2023, September 28, 2023, October 5, 2023, and October 6, 2023) regarding *inter alia* Defendant's position that Defendant was the incorrect party to be named (i.e., Frontier Airlines, Inc. is the company that operates the airline, not Defendant), and an amendment to the Complaint to address this issue.

7. On October 5, 2023, Plaintiff's counsel shared a draft of the proposed Motion to Amend Complaint and the proposed Amended Complaint. Defendant's counsel indicated that Defendant has no objection to the Motion to Amend to the extent it seeks to file the Amended Complaint and so long as Plaintiff agrees that she will separately need to have a summons issued as to Frontier Airlines, Inc. and have that summons served.[1]

8. Defendant respectfully requests the Court grant Defendant an additional twenty-one (21) days to respond to the Complaint [DE 1-1] while the Plaintiff finalizes her amendment.

9. This Motion is not brought for purposes of delay. Instead, it is to streamline the expenses of litigation by not responding to a Complaint that is about to be amended.

10. No prejudice will result to Plaintiff, as the purpose of the extension is to avoid the

---

[1] Undersigned counsel is seeking authorization from Frontier Airlines, Inc. to accept service of process as to the Amended Complaint.

2

#231022471_v4

expenses incurred in responding to a Complaint that is about to be amended.

11. In accordance with Local Rule 7.1(a)(2), a proposed Order granting this Motion is attached as **Exhibit A**.

WHEREFORE, Defendant respectfully requests this Court: (1) grant this Motion; (2) grant Defendant an additional twenty-one (21) days (i.e., until October 27, 2023) to respond to the Complaint [DE 1-1] because Plaintiff is in the process of amending it and therefore no response may be due to the Complaint [DE 1-1] if it is amended; and (3) grant any other relief as necessary and equitable.

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(3)

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that he conferred with Plaintiff's counsel regarding the extension of time to respond to the Complaint [DE 1-1] while the Plaintiff files the Motion to Amend the Complaint. Plaintiff does not oppose the extension.

Dated: October 6, 2023.

                                        Respectfully submitted,
                                        HOLLAND & KNIGHT LLP

                                        */s/ Joshua R. Levenson*
                                        Joshua R. Levenson
                                        Florida Bar No. 56208
                                        joshua.levenson@hklaw.com
                                        Holland & Knight LLP
                                        515 E. Las Olas Boulevard, Suite 1200
                                        Fort Lauderdale, Florida 33301
                                        Phone: (954) 525-1000
                                        Fax: (954) 463-2030
                                        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 6, 2023, I electronically filed the foregoing document with the Clerk of the Court CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

Geralda David, Esq.
DAVID LAW OFFICE, P.A.
2200 N. Commerce Parkway, Suite 200
Weston, FL 33326
paralegal@davidlawoffice.com
service@davidlawoffice.com
ghiggins@davidlawoffice.com
*Counsel for Plaintiff*
**[ via E-Service ]**

By: */s/ Joshua R. Levenson*
Joshua R. Levenson
Florida Bar No. 56208