# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-23321-KMM

REBECCA BELIARD,

      Plaintiff,

vs.

FRONTIER HOLDINGS GROUP, INC. a Delaware Corporation, d/b/a FRONTIER AIRLINES, INC. (FLIGHT #2984),

      Defendant.
_____/

## [ PROPOSED ] ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT [DE 1-1] PENDING AMENDMENT

THIS CAUSE came to be heard on Defendant's Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Complaint [DE 1-1] Pending Amendment (the "Motion"), and the Court having reviewed the Motion and the pleadings, and being otherwise fully advised in the premises, it is:

**ORDERED AND ADJUDGED** that the Motion is GRANTED.  Defendant's deadline to respond to the Complaint [DE-1-1] is hereby extended until Friday, October 27, 2023 in light of Plaintiff's forthcoming amended complaint.

DONE and ORDERED in Chambers, at Miami-Dade County, Florida on this ____ day of _____, 2023.

                                                                         K. MICHAEL MOORE
                                                                         UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record