UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 1:23-CV-23321-KMMM

REBECCA BELIARD,

      Plaintiff,

vs.

FRONTIER HOLDINGS GROUP, INC., a
Delaware Corporation, d/b/a FRONTIER
AIRLINES, INC. (FLIGHT #2984),

      Defendant.
_____/

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT AND CASE CAPTION

COMES NOW, Plaintiff, REBECCA BELIARD, by and through the undersigned counsel, and pursuant to Rule 1.190, Florida Rules of Civil Procedure, moves this Court for an Order allowing the Plaintiff to amend Complaint and states as follows:

1. The subject action is based upon trip and fall incident which was filed with the Court on March 21, 2023. After the filing of the original complaint, Plaintiffs were made aware that FRONTIER HOLDINGS GROUP, INC., a Delaware Corporation d/b/a FRONTIER AIRLINES, INC. (Flight #2984) was not the proper party to this action.

2. Plaintiffs need to remove from the Complaint and the Case Caption FRONTIER HOLDINGS GROUP, INC., a Delaware Corporation d/b/a FRONTIER AIRLINES, INC (Flight #2984) and list FRONTIER AIRLINES, INC. (Flight #2984), a Foreign Profit Corporation as the correct and proper party of interest in this action.

3. Federal Rules of Civil Procedure 15, provides that "party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Plaintiffs' Motion for Leave will aid in facilitating Plaintiff's claims and is in the interest of justice.

4. This Motion for Leave to file Plaintiff's First Amended Complaint and Case Caption does not prejudice the Defendant, is not sought in bad faith, does not produce an undue delay in litigation and is not futile.

5. The Amendment will not place an additional burden on Defendant if leave to amend is granted.

   6. A copy of the proposed First Amended Complaint is attached hereto as Exhibit "A".

   8. Opposing counsel has been contacted and has no objection to the relief sought herein.

WHEREFORE, Plaintiff, REBECCA BELIARD respectfully requests leave of this Honorable Court to file its First Amended Complaint and amend case caption and grant Plaintiff any other relief this Court deems appropriate and just.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of October 2023, I electronically filed the foregoing document with the Clerk of the Court CM/ECF. I certify that the foregoing document is being served this date on all counsel of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

           **DAVID LAW OFFICE, P.A.**
           Attorney For Plaintiff
           2200 N. Commerce Parkway, Suite 200
           Weston, Florida 33326
           Telephone: 954.666.0486
           Facsimile:  954.416.2368
           Email: paralegal@davidlawoffice.com
           Email: service@davidlawoffice.com

           By  */s/ Geralda David*
            GERALDA DAVID, ESQ.
            FBN 0104969

**SERVICE LIST:**
Joshua R. Levenson, Esq.
FBN: 56208
HOLLAND & KNIGHT, LLP
515 E. Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Email: Joshua.levenson@hklaw.com
(via E-Service)