UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23321-KMM

REBECCA BELIARD,

    Plaintiff,

vs.

FRONTIER AIRLINES, INC.
(FLIGHT #2984),
a Foreign Profit Corporation,

    Defendant.
_____/

**FIRST AMENDED COMPLAINT FOR DAMAGES**

COMES NOW, Plaintiff, REBECCA BELIARD, by and through the undersigned attorney, and sues Defendant, FRONTIER AIRLINES INC., (Flight #2984), a Foreing Profit Corporation and alleges as follows:

1. This is an action for damages which exceeds the sum of Fifty Thousand Dollars ($50,000.00), exclusive of interest, attorney's fees, and costs.

2. At all times material hereto, Plaintiff, REBECCA BELIARD was a natural person residing in Miami-Dade County, Florida and is otherwise *suris juris*.

3. At all times material hereto, Defendant FRONTIER AIRLINES INC., (Flight #2984), a Foreign Profit Corporation, is authorized, licensed, and doing business in the State of Florida, and doing business in Miami-Dade County, Florida.

4. Defendant FRONTIER AIRLINES, INC. owned, controlled, operated, managed, and/or maintained FRONTIER AIRLINES FLIGHT #2984, at the premises at MIAMI INTERNATIONAL AIRPORT located at 2100 NW 42nd Ave, Miami, FL 33142.

5. Venue is proper in Miami-Dade County, Florida because the incident which is the subject of this Complaint occurred in Miami-Dade County, Florida.

**COUNT 1 – NEGLIGENCE**

Plaintiff hereby adopts and incorporates by reference the allegations set forth in Paragraphs 1 through 5 as if fully set forth herein:

6. On or about May 20, 2022, Plaintif, REBECCA BELIARD boarded a Frontier Airlines aircraft, Flight # 2984, at Miami International Airport, Florida, for a direct flight to Baltimore, scheduled to depart at 6:00 am.

7. Plaintiff, REBECCA BELIARD boarded with other passengers and was rushed by the Flight Attendants to put her bags in the overhead bin because the plane had to depart. After putting her bags in the bin, Plaintiff, REBECCA BELIARD, was again rushed by the Flight Attendants to take her seat, and as she was attempting to sit, she tripped and fell, injuring herself.

8. Defendant owed a duty of care to maintain the Premises in a reasonably safe condition for the safety of Plaintiff, REBECCA BELIARD on the premises, which included a reasonable effort to keep the Premises free from hazardous or dangerous condition that could have foreseeably given rise to loss, injury, or damage, and to warn of the presence of a dangerous condition.

9. Defendant breached its duty of care because Defendant failed to provide adequate, proper and a safe environment for Plaintiff, REBECCA BELIARD, negligently failed to take any action to correct the conditions of the Premises, and failed to give notice or warn as to these conditions, and created a hazardous and dangerous condition for Plaintiff, REBECCA BELIARD.

10. As a result of Defendant's negligence, due to unreasonably unsafe conditions with the Premises as described above, and Defendant's failure to maintain adequate, proper and safe environment, Plaintiff, REBECCA BELIARD violently tripped and fell and suffered injuries.

11. As a direct and proximate result of the Defendant's negligence, Plaintiff, REBECCA BELIARD suffered severe bodily injury, and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, incurred expenses of hospitalization, medical and nursing care, treatment, and loss of earnings of loss of ability to earn money. The injuries are either permanent or continuing in nature and the Plaintiff will suffer the losses and impairment into the future.

WHEREFORE, the Plaintiff, REBECCA BELIARD, demand judgment against Defendant, FRONTIER AIRLINES, INC., (Flight #2984), a Foreign Profit Corporation, for damages, costs, and any other relief which this Court may deem appropriate.

**COUNT II – NEGLIGENT HIRING, RETENTION, TRAINING OR SUPREVISION AGAINST DEFENDANT FRONTIER AIRLINES, INC.**

Plaintiff hereby adopts and incorporates by reference the allegations set forth in Paragraphs 1 through 5 as if fully set forth herein.

12. On or about May 20, 2022, Plaintif, REBECCA BELIARD boarded a Frontier Airlines aircraft, Flight # 2984, at Miami International Airport, for a direct flight to Baltimore, scheduled to depart at 6:00am.

13. After Plaintiff, REBECCA BELIARD had boarded the plane, she was rushed by the Flight Attendants to put her bags in the overhead bin. After putting her bags in the bin, Plaintiff, REBECCA BELIARD was again rushed by the Flight Attendants to sit, and as she was attempting to sit as instructed, she tripped and fell injuring herself.

14. Defendant, FRONTIER AIRLINES, INC.'s employee, agent or representative negligently failed to communicate and interact in a professional and competent manner causing Plaintiff, REBECCA BELIARD to hurry and sit, causing Plaintiff, REBECCA BELIARD to trip and fall, which caused severe and permanent injuries to Plaintiff, REBECCA BELIARD.

15. At all times material hereto, Defendant FRONTIER AIRLINES, INC. had a duty to Plaintiff, REBECCA BELIARD to exercise reasonable care in the hiring, retention, training, and or supervision and employ competent and careful employees, agents or representatives.

16. Defendant FRONTIER AIRLINES, INC. failed inquire as to the extent of its employees, agents or representative's knowledge, communication skills, and expertise in the industry.

17. Defendant, FRONTIER AIRLINES, INC. failed to ascertain whether the employees, agents or representatives were competent to do the work safely and in a professional and competent manner.

18. As a direct and proximate result of Defendant, FRONTIER AIRLINES, INC.'s negligence, Plaintiff, REBECCA BELIARD suffered permanent bodily injury, and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, and expense of hospitalization, medical and nursing care, treatment. The injuries are either permanent or continuing in nature and Plaintiff, REBECCA BELIARD will suffer the losses and impairment into the future.

WHEREFORE, the Plaintiff, REBECCA BELIARD demand judgment against Defendant, FRONTIER AIRLINES, INC. (Flight #2984), for damages, costs, and any other relief which this Court may deem appropriate.

**DEMAND FOR JURY TRIAL**

Plaintiff, REBECCA BELIARD demands a trial by jury on all issues so triable.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of October, 2023, I electronically filed the foregoing document with the Clerk of the Court CM/ECF. I certify that the foregoing document is being served this date on all counsel of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

**DAVID LAW OFFICE, P.A.**
Attorney For Plaintiff
2200 N. Commerce Parkway, Suite 200
Weston, Florida 33326
Telephone: 954.666.0486
Facsimile:   954.416.2368
Email: paralegal@davidlawoffice.com
Email: service@davidlawoffice.com

By   */s/ Geralda David*
    GERALDA DAVID, ESQ.
     FBN 0104969

**SERVICE LIST:**
Joshua R. Levenson, Esq.
FBN: 56208
HOLLAND & KNIGHT, LLP
515 E. Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Email: Joshua.levenson@hklaw.com
(via E-Service)