UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-23321-KMM

REBECCA BELIARD,

       Plaintiff,

vs.

FRONTIER AIRLINES, INC. (FLIGHT #2984), a Foreign Profit Corporation

       Defendant.
_____/

### JOINT STIPULATION EXTENDING DEFENDANT FRONTIER AIRLINES, INC.'S DEADLINE TO APPEAR AND RESPOND TO COMPLAINT

**WHEREAS**, on March 21, 2023, Plaintiff filed this action against Frontier Group Holdings, Inc., incorrectly named as Frontier Holdings Group, Inc., a Delaware corporation ("Frontier Group Holdings") in Florida State Court. Plaintiff served Frontier Group Holdings on July 31, 2023. [*See* DE 1-3, p. 38.]

**WHEREAS**, on August 30, 2023, Frontier Group Holdings timely removed the action to the Southern District of Florida on the basis of the Court's diversity jurisdiction. [DE 1.] *See also* 28 U.S.C. § 1332(a).

**WHEREAS**, on October 9, 2023, Plaintiff filed her Motion for Leave to Amend Complaint and Case Caption [DE 16]. The purpose of the amendment was to drop Frontier Group Holdings and to add Frontier Airlines, Inc., as the named Defendant.

**WHEREAS**, on October 10, 2023, the Court entered its Paperless Order [DE 19], which granted Plaintiff's Motion for Leave to Amend Complaint and Case Caption and directed the Plaintiff to file her Amended Complaint separately on the docket on or before October 17, 2023.

**WHEREAS**, on October 17, 2023, Plaintiff filed her Amended Complaint adding Frontier Airlines, Inc. [DE 20.]

**WHEREAS**, Frontier Airlines, Inc, is a Colorado corporation and it maintains its principal place of business in Colorado. [*See* DE 8.] Accordingly, this Court still has subject matter jurisdiction over the action under 28 U.S.C. § 1332(a) because Plaintiff is a resident of Florida.

**WHEREAS**, the parties discussed a waiver of service of process and have agreed to avoid the expense of serving a summons and the Amended Complaint on Frontier Airlines, Inc. consistent with the terms of this stipulation.

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED** that Frontier Airlines, Inc. agrees not to contest service of process on Frontier Airlines, Inc. as to the Amended Complaint, but expressly reserves all other defenses and objections.

**IT IS FURTHER STIPULATED AND AGREED** that based on the waiver of service of process under Federal Rule of Civil Procedure 4, Frontier Airlines, Inc. will serve its response to the Amended Complaint on or before November 16, 2023, which is 30 days after the Amended Complaint was filed.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts, each of which, taken together, shall be deemed one document; and that facsimile or electronic mail signatures shall be deemed originals for purposes of this Stipulation.

Dated: October 19, 2023.

Respectfully submitted,

| | |
|---|---|
| DAVID LAW OFFICE, P.A.<br>*Attorneys for Plaintiff*<br>2200 N. Commerce Pkwy<br>Weston, FL 33326<br>Telephone: (855) 411-1600<br><br>By:/s/ *Gabrielle L. Higgins*<br>    Gabrielle L. Higgins Esq.<br>    Florida Bar No. 1025840<br>    Email: ghiggins@davidlawoffice.com | HOLLAND & KNIGHT LLP<br>*Attorneys for Defendant*<br>515 East Las Olas Boulevard, Suite 1200<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 525-1000<br><br>By:/s/ *Joshua R. Levenson*<br>    Joshua R. Levenson, Esq.<br>    Florida Bar No. 56208<br>    Email: joshua.levenson@hklaw.com |

#231382240_v1