UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-23321-KMM

REBECCA BELIARD,

        Plaintiff,

vs.

FRONTIER AIRLINES, INC. (FLIGHT #2984), a Foreign Profit Corporation

        Defendant.
_____/

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT SCHEDULING REPORT

Defendant Frontier Airlines, Inc. ("Defendant"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b) and Southern District of Florida Local Rule 7.1(a)(1)(J), hereby moves for an extension of time for the parties to prepare and file a Joint Scheduling Report in light of the waiver of service of process filed on October 19, 2023 [DE 22], which provided Defendant with thirty days to respond to the Amended Complaint in exchange for waiving formal service of process onto Defendant, and also to engage in settlement discussions. The requested extension is for the parties to file the Joint Scheduling Report by December 18, 2023, which is thirty days after Defendant is required to respond to the Amended Complaint under Federal Rule of Civil Procedure 4's waiver of service of process rules and the parties' stipulation [DE 22]. Plaintiff does not oppose this Motion. In support, Defendant states as follows:

    1.    On August 30, 2023, the Court entered its Paperless Pretrial Order [ECF No. 3], directing the parties to prepare and file a Joint Scheduling Report by September 29, 2023.

    2.    Pursuant to the Court's September 19, 2023 Paperless Pretrial Order [ECF No. 13], the Court extended the deadline for the parties to file their Joint Scheduling Report to October 19,

2023.

3. On October 9, 2023, Plaintiff filed her Motion to Amend the Complaint [*see* ECF No. 16], which sought to drop Frontier Group Holdings, Inc., incorrectly named as Frontier Holdings Group, Inc. and add Frontier Airlines, Inc. as the named defendant.

4. On October 10, 2023, the Court granted Plaintiff's Motion to Amend the Complaint [*see* Paperless Order, ECF No. 19], which instructed Plaintiff to file the Amended Complaint by October 17, 2023. Plaintiff filed her Amended Complaint against *Frontier Airlines, Inc.* on October 17, 2023 [*see* DE 20].

5. Because Frontier Airlines, Inc. is a distinct and separate entity from Frontier Group Holdings, Inc., incorrectly named as Frontier Holdings Group, Inc., Plaintiff must first serve Frontier Airlines, Inc. with service of process.

6. Frontier Airlines, Inc. authorized Holland & Knight LLP to accept service of process of the Amended Complaint, and the parties agreed upon a waiver in accordance with Federal Rule of Civil Procedure 4. The waiver provides Defendant with thirty days (instead of the permitted 60 days) to respond to the Amended Complaint in exchange for the waiver of service of process (i.e., up until November 16, 2023). [*See* DE 22.]

7. Accordingly, in light of the new appearance by Defendant and the aforementioned waiver of service of process that grants Defendant until November 16, 2023 to respond to the Amended Complaint, Defendant respectfully requests the Court grant the parties an extension of time until December 18, 2023 for the parties to file the Joint Scheduling Report, which is thirty-days after Defendant is required to respond to the Amended Complaint.

8. This Motion is not brought for purposes of delay. Instead, it is to account for the addition of a new party, and to afford that new party ample time to both respond to the Amended

Complaint and confer with Plaintiff's counsel as to the Joint Scheduling Report. Additionally, the parties will continue to engage in settlement discussions.

9. No prejudice will result to Plaintiff, as this is just the second request to briefly extend the deadline to prepare and file a Joint Scheduling Report and because this request is unopposed.

10. Defendant's counsel discussed this request with Plaintiff's counsel prior to filing this Motion. Plaintiff's counsel does not oppose this request for an extension of time to file the Joint Scheduling Report.

11. In accordance with Local Rule 7.1(a)(2), a proposed Order granting this Motion is attached as **Exhibit A**.

WHEREFORE, Defendant respectfully requests this Court: (1) grant this Motion; (2) grant the parties until December 18, 2023 to file the Joint Scheduling Report, which is thirty-days after Defendant is required to respond to the Amended Complaint; and (3) grant any other relief as necessary and equitable.

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(3)

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that he conferred with Plaintiff's counsel regarding the relief sought in this Motion in a good-faith effort to resolve the issues raised. Plaintiff does not oppose this Motion.

Dated: October 19, 2023.

Respectfully submitted,
HOLLAND & KNIGHT LLP

*/s/ Joshua R. Levenson*
Joshua R. Levenson
Florida Bar No. 56208
joshua.levenson@hklaw.com
Holland & Knight LLP
515 E. Las Olas Boulevard, Suite 1200

                                                          Fort Lauderdale, Florida 33301
                                                          Phone: (954) 525-1000
                                                          Fax: (954) 463-2030
                                                          *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 19, 2023, I electronically filed the foregoing document with the Clerk of the Court CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

Geralda David, Esq.
DAVID LAW OFFICE, P.A.
2200 N. Commerce Parkway, Suite 200
Weston, FL 33326
paralegal@davidlawoffice.com
service@davidlawoffice.com
ghiggins@davidlawoffice.com
*Counsel for Plaintiff*
**[ via CM/ECF ]**

                                                By: */s/ Joshua R. Levenson*
                                                      Joshua R. Levenson
                                                      Florida Bar No. 56208