# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-23321-KMM

REBECCA BELIARD,

        Plaintiff,

vs.

FRONTIER AIRLINES, INC. (FLIGHT #2984), a Foreign Profit Corporation

        Defendant.
_____/

### [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT SCHEDULING REPORT

**THIS CAUSE** came before the Court upon the Unopposed Motion for Extension of Time to File Joint Scheduling Report filed by Defendant on October 18, 2023 (the "Motion"). The Court has reviewed the pertinent filings, has been advised that Plaintiff's counsel does not oppose the requested extension of time, and is otherwise fully advised in the premises. Accordingly, it is:

**ORDERED AND ADJUDGED** that the Motion is GRANTED. The parties have until December 18, 2023 to prepare and file a Joint Scheduling Report.

**DONE AND ORDERED** in Chambers, in Miami-Dade County, Florida, on this ___ day of October, 2023.

                                                                        UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record