UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-23321-KMM

REBECCA BELIARD,

        Plaintiff,

vs.

FRONTIER AIRLINES, INC. (FLIGHT #2984), a Foreign Profit Corporation

        Defendant.
_____/

## RULE 7.1 STATEMENT OF DEFENDANT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Frontier Airlines, Inc., by and through its attorneys, Holland & Knight LLP, states the following:

- Frontier Group Holdings, Inc., a Delaware corporation, is a public entity and is the 100% owner of Frontier Airlines Holdings, Inc.

- Frontier Airlines Holdings, Inc., a Delaware corporation, is a holding company and is the 100% owner of Frontier Airlines, Inc.

- Frontier Airlines, Inc. is a Colorado corporation.

Dated: October 19, 2023.

        Respectfully submitted,
        HOLLAND & KNIGHT LLP

        */s/ Joshua R. Levenson*
        Joshua R. Levenson
        Florida Bar No. 56208
        joshua.levenson@hklaw.com
        Holland & Knight LLP
        515 E. Las Olas Boulevard, Suite 1200
        Fort Lauderdale, Florida 33301
        Phone:  (954) 525-1000
        Fax:  (954) 463-2030
        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 19, 2023, I electronically filed the foregoing document with the Clerk of the Court CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

Geralda David, Esq.
DAVID LAW OFFICE, P.A.
2200 N. Commerce Parkway, Suite 200
Weston, FL 33326
paralegal@davidlawoffice.com
service@davidlawoffice.com
ghiggins@davidlawoffice.com
*Counsel for Plaintiff*
**[ via CM/ECF ]**

By: */s/ Joshua R. Levenson*
      Joshua R. Levenson
      Florida Bar No. 56208