UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-23321-KMM

REBECCA BELIARD,

        Plaintiff,

vs.

FRONTIER AIRLINES, INC. (FLIGHT #2984), a Foreign Profit Corporation

        Defendant.
_____/

### NOTICE OF APPEARANCE AS CO-COUNSEL FOR PLAINTIFF AND DESIGNATION OF EMAIL ADDRESSES

BRANDON E. STEIN, ESQ., of the law firm of STEINLAW, P.A., hereby files his Notice of appearance as Co-counsel and Attorney of Record for the Plaintiff, REBECCA BELIARD, along with the law firm of DAVID LAW OFFICE, P.A.

Copies of all pleadings, correspondence and any other documents filed in this cause should be served upon the undersigned attorney to:

Primary E-mail address:    bstein@steinlaw.com

Primary E-mail address:    jbrenner@steinlaw.com

Secondary E-mail address:    efranjul@steinlaw.com

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing document was electronically filed and serviced using the E-Filing Portal which will serve all counsel of record on this 21st day of November 2023.

2

**STEINLAW, P.A.**
Attorneys for Plaintiff
20807 Biscayne Blvd., Suite 200
Aventura, Florida 33180
Telephone: (786) 230-3819

By: */s/ Brandon E. Stein*
**BRANDON E. STEIN, ESQ.**
Florida Bar No.: 88302
bstein@steinlaw.com
**JASON R. BRENNER, ESQ.**
Fla. Bar No. 86731
jbrenner@steinlaw.com


**DAVID LAW OFFICE, P.A.**
Attorney for Plaintiff
2200 N. Commerce Parkway, Suite 200
Weston, FL 33326
Tel: (954) 666-0486

BY: */s/ Geralda David*
**GERALDA DAVID, ESQ**.
Florida Bar No.: 0104969
paralegal@davidlawoffice.com
service@davidlawoffice.com