UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23321-KMM

REBECCA BELIARD,

    Plaintiff,

vs.

FRONTIER AIRLINES, INC.
(FLIGHT #2984),
a Foreign Profit Corporation,

    Defendant.
_____/

## **PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

COMES NOW, Plaintiff, REBECCA BELIARD, by and through the undersigned counsel, and pursuant to the federal rules of civil procedure, moves this Court for an Order allowing the Plaintiff to file a second amended complaint and states as follows:

1. The subject action is based upon a trip and fall incident due to the negligence of Defendant's flight attendants during the course of a boarding process prior to departure of the aircraft related to Flight #2984.

2. The operative Amended Complaint filed in this case references two (2) counts of negligence stemming from an incident causing Plaintiff to trip and fall sustaining injury.

3. The undersigned counsel recently entered an appearance in this matter and upon reviewing the pending Motion to Dismiss Plaintiff's Amended Complaint, conducted a "meet and confer" with counsel for Defendant regarding same.

4. During that "meet and confer," counsel for the undersigned advised that Plaintiff will be seeking leave to amend the Amended Complaint to file a Second Amended Complaint, which ultimately pares down the claim and cleans up the negligence count and the allegations contained therein.

5. Counsel for the undersigned suggested an agreed order dismissing the Amended Complaint Without Prejudice and granting Plaintiff leave to file a Second Amended Complaint with Defendant then afforded ten (10) days to respond to that newly filed Second Amended Complaint.

  6. While counsel for the Defendant did not have any objection to the above referenced course of action specified in Paragraph 5 herein, consultation with his client was necessary before officially agreeing to same.

  7. Given the timeline of the above referenced events occuring during the Thanksgiving holiday week, Plaintiff has followed up with opposing counsel without any success and presumably the holiday week is delaying the desired agreement from Defendant on amending the Amended Complaint.

  8. Plaintiff also wishes to make it clear that the filing of this Motion for Leave is not meant in any way to disparage Defendant or Defendant's counsel, as counsel for the undersigned is aware that counsel for the Defendant has a very busy trial docket in addition to the holiday season.

  9. Nevertheless, a copy of the proposed Second Amended Complaint is attached hereto as Exhibit "A."

**WHEREFORE**, Plaintiff, REBECCA BELIARD, respectfully requests leave of this Honorable Court to file her Second Amended Complaint and grant Plaintiff any other relief this Court deems just and appropriate.

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on this __27th__ day of **November, 2023**, I electronically filed the foregoing document with the Clerk of the Court CM/ECF. I certify that the foregoing document is being served this date on all counsel of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

        **STEINLAW, P.A.**
        Attorneys For Plaintiff
        20807 Biscayne Boulevard, Suite 200
        Aventura, Florida 33180
        Telephone: 786.230.3819
        Facsimile: 786.627.3302
        Email: bstein@steinlaw.com
        Email: efranjul@steinlaw.com

        By __/s/ Brandon E. Stein__
         Brandon E. Stein, ESQ.
         FBN 88302

                                              **DAVID LAW OFFICE, P.A.**
                                              Attorney For Plaintiff
                                              2200 N. Commerce Parkway, Suite 200
                                              Weston, Florida 33326
                                              Telephone: 954.666.0486
                                              Facsimile:   954.416.2368
                                              Email: paralegal@davidlawoffice.com
                                              Email: service@davidlawoffice.com

                                              By  */s/ Gabrielle Leigh Higgins*
                                                    Gabrielle Leigh Higgins, ESQ.
                                                    FBN 1025840

**SERVICE LIST:**
Joshua R. Levenson, Esq.
FBN: 56208
HOLLAND & KNIGHT, LLP
515 E. Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Email: Joshua.levenson@hklaw.com
(via E-Service)