UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23321-KMM

REBECCA BELIARD,

      Plaintiff,

 vs.

FRONTIER AIRLINES, INC.
(FLIGHT #2984),
a Foreign Profit Corporation,

      Defendant.

_____/

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS FILED ON NOVEMBER 16, 2023, OR IN THE ALTERNATIVE, MOTION FOR COURT ORDER GRANTING PLAINTIFF LEAVE TO FILE A SECOND AMENDED COMPLAINT**

      COMES NOW, Plaintiff, REBECCA BELIARD, by and through the undersigned counsel, and pursuant to the federal rules of civil procedure, moves this Court for an Order allowing the Plaintiff to file a second amended complaint and states as follows:

      1.     The subject action is based upon a trip and fall incident due to the negligence of Defendant's flight attendants during the course of a boarding process prior to departure of the aircraft related to Flight #2984.

      2.     The operative First Amended Complaint filed in this case references two (2) counts of negligence stemming from an incident causing Plaintiff to trip and fall sustaining injury.

      3.     Subsequently, Defendant filed a Motion to Dismiss the First Amended Complaint and Stay Discovery on November 16, 2023 (hereinafter referred to as the "Motion to Dismiss." (DE 26).

      4.     On November 21, 2023, Counsel for the Undersigned had been retained as co-counsel and filed their Notice of Appearance. (DE 27).

      5.     Counsel for the Undersigned is brand new on this file and still getting acclimated with the docket and the scheduling deadlines.

      6.     Nevertheless, following the filing of that Motion to Dismiss and the undersigned's Notice of Appearance in this matter on November 21, 2023, Counsel for the undersigned conducted a "meet and confer" with Counsel for the Defendant in an effort to resolve the alleged

1

deficiencies with the First Amended Complaint as outlined in that Motion to Dismiss filed on November 16, 2023.

7.       As detailed further in Plaintiff's Motion for Leave to Amend the First Amended Complaint filed on November 27, 2023, the parties had discussed an agreement to amend the First Amended Complaint, but prior to any official agreement, Counsel for Defendant had to confer with his client. (DE 28).

8.       To date, Counsel for the undersigned has not received any response from Defendant.

9.       While Counsel for the undersigned appreciates the consideration Counsel for the Defendant is providing, given the time constraints per the Rules of this Court, Plaintiff cannot afford to wait for a response from Defendant on their agreement to amend the First Amended Complaint being that a deadline to respond to the Motion to Dismiss is November 30, 2023.

10.      In the event this Court is not inclined to grant Plaintiff's Motion for Leave filed on November 27, 2023, then the undersigned requests an extension being that he has only been afforded seven (7) days of involvement with this case as of the date of this Motion.

11.      Defendant will not be prejudiced by an Order either granting Plaintiff's Motion for Leave or an Order granting Plaintiff's Motion for Extension.

12.      Accordingly and based upon the foregoing, Plaintiff respectfully requests this Court grant an extension in time to respond to Defendant's Motion to Dismiss.

13.      Alternatively and in an effort to preserve judicial economy, Plaintiff requests that this Court enter an Order granting Plaintiff leave to file her Second Amended Complaint as further referenced in Docket Entry 28.

14.      Pursuant to this Court's local rules and requirements, Counsel for the undersigned certifies that he conducted a "meet and confer" with counsel for the Defendant in an effort to resolve the issues raised in this motion and prior to the filing of this motion.

**WHEREFORE**, Plaintiff, REBECCA BELIARD, respectfully requests this Honorable Court an extension in time to respond to the Motion to Dismiss, or in the alternative, leave to file her Second Amended Complaint and grant Plaintiff any other relief this Court deems just and appropriate.

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **_28th__** **day of November, 2023**, I electronically filed the foregoing document with the Clerk of the Court CM/ECF. I certify that the foregoing document is being served this date on all counsel of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

**STEINLAW, P.A.**
Attorneys For Plaintiff
20807 Biscayne Boulevard, Suite 200
Aventura, Florida 33180
Telephone: 786.230.3819
Facsimile:   786.627.3302
Email: bstein@steinlaw.com
Email: efranjul@steinlaw.com

By   */s/ Brandon E. Stein*
     Brandon E. Stein, ESQ.
     FBN 88302

**DAVID LAW OFFICE, P.A.**
Attorney For Plaintiff
2200 N. Commerce Parkway, Suite 200
Weston, Florida 33326
Telephone: 954.666.0486
Facsimile:   954.416.2368
Email: paralegal@davidlawoffice.com
Email: service@davidlawoffice.com

By   */s/ Gabrielle Leigh Higgins*
     Gabrielle Leigh Higgins, ESQ.
     FBN 1025840

**SERVICE LIST:**
Joshua R. Levenson, Esq.
FBN: 56208
HOLLAND & KNIGHT, LLP
515 E. Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Email: Joshua.levenson@hklaw.com
(via E-Service)