UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23321-KMM

REBECCA BELIARD,

      Plaintiff,

  vs.

FRONTIER AIRLINES, INC.
(FLIGHT #2984),
a Foreign Profit Corporation,

      Defendant.

_____/

## SECOND AMENDED COMPLAINT FOR DAMAGES

COMES NOW, Plaintiff, REBECCA BELIARD, by and through the undersigned attorney, and sues Defendant, FRONTIER AIRLINES INC., (Flight #2984), a Foreign Profit Corporation and alleges as follows:

1.      This is an action for damages which exceeds the sum of Fifty Thousand Dollars ($50,000.00), exclusive of interest, attorney's fees, and costs.

2.      At all times material hereto, Plaintiff, REBECCA BELIARD was a natural person residing in Miami-Dade County, Florida and is otherwise *suris juris*.

3.      At all times material hereto, Defendant FRONTIER AIRLINES INC., (Flight #2984), a Foreign Profit Corporation, is authorized, licensed, and doing business in the State of Florida, and doing business in Miami-Dade County, Florida.

4.      Defendant FRONTIER AIRLINES, INC. owned, controlled, operated, managed, and/or maintained FRONTIER AIRLINES FLIGHT #2984, at the premises at MIAMI INTERNATIONAL AIRPORT located at 2100 NW 42nd Ave, Miami, FL 33142.

5.      Venue is proper in Miami-Dade County, Florida because the incident which is the subject of this Complaint occurred in Miami-Dade County, Florida.

## COUNT 1 – NEGLIGENCE

Plaintiff hereby adopts and incorporates by reference the allegations set forth in Paragraphs 1 through 5 as if fully set forth herein:

6.      On or about May 20, 2022, Plaintif, REBECCA BELIARD boarded a Frontier Airlines aircraft (hereinafter referred to as the "Subject Aircraft"), Flight # 2984, at Miami

International Airport, Florida, for a direct flight to Baltimore, scheduled to depart at 6:00 am (hereinafter referred to as the "Subject Flight").

7.      The Subject Aircraft was a small aircraft that consisted of a small, tight, confined cabin area with a single aisle for passengers to travel within to access their respective assigned seat.

8.      Plaintiff, REBECCA BELIARD, boarded with other passengers and was rushed, coerced, pressed, and forced by the Defendant's Flight Attendants to secure her carry-on luggage in the overhead bin because the Subject Aircraft was seemingly in a rush to depart timely.

9.      Despite being rushed, coerced, pressed, and forced by the Defendant's Flight Attendants, Plaintiff, REBECCA BELIARD, secured her carry-on luggage in the overhead bin.

10.     Yet, Plaintiff, REBECCA BELIARD, was again rushed, coerced, pressed, and forced by the Defendant's Flight Attendants to hurry to her seat, and as a result of the actions taken by Defendant's Flight Attendants, Plaintiff, REBECCA BELIARD, tripped and fell while attempted to seat herself quickly and with great haste as a result of the unreasonable actions taken by Defendant's Flight Attendants, thus causing serious and permanent injury.

11.     Defendant owed a duty of care to its passengers in general, and Plaintiff, REBECCA BELIARD, specifically, to ensure the safe, controlled, and secure boarding of the Subject Aircraft, which included exercising a reasonable effort and taking the necessary safety measures to ensure a safe boarding process and safe departure for the Subject Flight.

12.     Defendant breached its duty of care because Defendant failed to ensure the safe, controlled, and secure boarding of the Subject Aircraft for its passengers in general, and for Plaintiff, REBECCA BELIARD, specifically, and failed to exercise reasonable efforts to ensure the proper safety measures had been taken to effectuate a safe boarding process and ultimate safe departure for the Subject Flight for Plaintiff, REBECCA BELIARD.

13.     As a result of Defendant's negligence, due to the failures as described above, Plaintiff, REBECCA BELIARD violently tripped and fell and suffered serious and permanent injuries, which were certainly foreseeable by Defendant in light of the fact that Flight Attendants are presumably trained on the proper procedure and protocol for securing the cabin of the Subject Aircraft prior to departure and thus the Defendant was aware of the risks associated with failing to properly and safely board the plane and secure the cabin.

14.     As a direct and proximate result of the Defendant's negligence, Plaintiff, REBECCA BELIARD suffered severe bodily injury, and resulting pain and suffering, disability,

disfigurement, mental anguish, loss of capacity for the enjoyment of life, incurred expenses of hospitalization, medical and nursing care, treatment, and loss of earnings of loss of ability to earn money. The injuries are either permanent or continuing in nature and the Plaintiff will suffer the losses and impairment into the future.

WHEREFORE, the Plaintiff, REBECCA BELIARD, demands a TRIAL BY JURY and judgment against Defendant, FRONTIER AIRLINES, INC., (Flight #2984), a Foreign Profit Corporation, for damages, costs, and any other relief which this Court may deem appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff, REBECCA BELIARD demands a trial by jury on all issues so triable.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **__29th__ day of November, 2023**, I electronically filed the foregoing document with the Clerk of the Court CM/ECF. I certify that the foregoing document is being served this date on all counsel of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

**STEINLAW, P.A.**
Attorneys For Plaintiff
20807 Biscayne Boulevard, Suite 200
Aventura, Florida 33180
Telephone: 786.230.3819
Facsimile:   786.627.3302
Email: bstein@steinlaw.com
Email: efranjul@steinlaw.com

By   */s/ Brandon E. Stein*
     Brandon E. Stein, ESQ.
     FBN 88302

**DAVID LAW OFFICE, P.A.**
Attorney For Plaintiff
2200 N. Commerce Parkway, Suite 200
Weston, Florida 33326
Telephone: 954.666.0486
Facsimile:   954.416.2368
Email: paralegal@davidlawoffice.com
Email: service@davidlawoffice.com

By   */s/ Gabrielle Leigh Higgins*
     Gabrielle Leigh Higgins, ESQ.
     FBN 1025840

**<u>SERVICE LIST:</u>**

Joshua R. Levenson, Esq.
FBN: 56208
HOLLAND & KNIGHT, LLP
515 E. Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Email: Joshua.levenson@hklaw.com
(via E-Service)