# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-23321-KMM

REBECCA BELIARD,

       Plaintiff,

vs.

FRONTIER AIRLINES, INC. (FLIGHT #2984), a Foreign Profit Corporation

       Defendant.
_____/

## JOINT PROPOSED SCHEDULING ORDER

**THE COURT** having considered the Joint Scheduling Report of the parties, and having been otherwise advised, it is hereby **ORDERED**:

1. This case is assigned to the **standard** litigation track pursuant to Local Rule 16.1(a)(2)(B).

2. The detailed discovery schedule agreed to by the parties is hereby approved, and shall be set out below:

| Event | Date |
|---|---|
| Initial Rule 26(a)(1) disclosures. | January 22, 2024 |
| Mediator must be selected. | January 29, 2024 |
| Joinder of additional parties and to amend the pleadings. | May 20, 2024 |
| Plaintiff's expert witness disclosure. | July 25, 2024 |
| Defendant's expert witness disclosure. | August 23, 2024 |
| Plaintiff's and Defendant's Rebuttal expert witness disclosure. | September 20, 2024 |

2

| | |
|---|---|
| Close of fact discovery. | October 24, 2024 |
| Close of expert discovery. | November 7, 2024 |
| Mediation shall be completed. | December 8, 2024 |
| Motions for Summary Judgment and Daubert Motions. | January 10, 2025 |
| All other pretrial Motions, including motions in limine. | February 7, 2025 |
| Jury Instructions and Joint Pretrial Stipulation. | March 15, 2025 |
| Deadline to file all pretrial motions. | |
| Resolution of all pretrial motions. | |
| Final pretrial conference. | |
| Trial or trial period. | |

**DONE AND ORDERED** at _____, Florida, this \_\_ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record