UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23321-KMM

REBECCA BELIARD,

    Plaintiff,
vs.

FRONTIER AIRLINES, INC.
(FLIGHT #2984),
a Foreign Profit Corporation,

    Defendant.
_____/

## PLAINTIFF'S AMENDED MOTION FOR EXTENSION IN TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT

### (amended as to the Certificate of Conferral Only)

    COMES NOW, Plaintiff, REBECCA BELIARD, by and through the undersigned counsel, and pursuant to the federal rules of civil procedure, moves this Court for an Order permitting an extension in time for Plaintiff to respond to Defendant's Motion to Dismiss the Second Amended Complaint and states as follows:

    1.    The subject action is based upon a trip and fall incident due to the negligence of Defendant's flight attendants during the course of a boarding process prior to departure of the aircraft related to Flight #2984.

    2.    The Defendant filed its response to Plaintiff's Second Amended Complaint on December 13, 2023, in the form of a Motion to Dismiss.

    3.    Response to that Motion to Dismiss is due to be filed with this Court no later than December 27, 2023.

    4.    Being that counsel for the undersigned recently entered an appearance in this matter and that this response falls right in the middle of the holiday week in which most of the undersigned's staff are out of the office and the undersigned is also out of the office, a request for a brief extension in time to respond is warranted.

    5.    Plaintiff requests that this Court enter an Order granting a 21-day extension in time to respond to Defendant's Motion to Dismiss the Second Amended Complaint.

    6.    The undersigned counsel conducted a "meet and confer" with counsel for Defendant regarding the overall posture of the case and potential settlement discussions,

Defendant's Motion to Dismiss and the possibility of an extension in time for Plaintiff to respond to same.

      7. Additionally, Defendant has no objection to this Court granting a 14-day extension in time for Plaintiff to respond to the Motion to Dismiss the Second Amended Complaint.

**WHEREFORE**, Plaintiff, REBECCA BELIARD, respectfully requests this Court enter an Order granting a 21-day extension in time for Plaintiff to respond to Defendant's Motion to Dismiss the Second Amended Complaint and grant Plaintiff any other relief this Court deems just and appropriate.

### CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on this  _24th_  day of December, 2023, I electronically filed the foregoing document with the Clerk of the Court CM/ECF. I certify that the foregoing document is being served this date on all counsel of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

      **STEINLAW, P.A.**
Attorneys For Plaintiff
20807 Biscayne Boulevard, Suite 200
Aventura, Florida 33180
Telephone: 786.230.3819
Facsimile:   786.627.3302
Email: bstein@steinlaw.com
Email: efranjul@steinlaw.com

By  _/s/ Brandon E. Stein_
    Brandon E. Stein, ESQ.
    FBN 88302

**DAVID LAW OFFICE, P.A.**
Attorney For Plaintiff
2200 N. Commerce Parkway, Suite 200
Weston, Florida 33326
Telephone: 954.666.0486
Facsimile:   954.416.2368
Email: paralegal@davidlawoffice.com
Email: service@davidlawoffice.com

By  _/s/ Gabrielle Leigh Higgins_
    Gabrielle Leigh Higgins, ESQ.
    FBN 1025840

**SERVICE LIST:**
Joshua R. Levenson, Esq.
FBN: 56208
HOLLAND & KNIGHT, LLP
515 E. Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Email: Joshua.levenson@hklaw.com
(via E-Service)