UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-23321-KMM

REBECCA BELIARD,

       Plaintiff,

vs.

FRONTIER AIRLINES, INC. (FLIGHT #2984), a Foreign Profit Corporation

       Defendant.
_____/

## NOTICE OF SELECTION OF MEDIATOR

COMES NOW, Plaintiff, by and through undersigned counsel, and pursuant to Local Rule 16.2(d)(1)(B), hereby serves notice that the parties have agreed upon Steve Jaffe, Esq., as Mediator in this cause.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 4th day of January 2024. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

2

Respectfully submitted,

**STEINLAW, P.A.**
Attorneys for Plaintiff
20807 Biscayne Blvd., Suite 200
Aventura, Florida 33180
Telephone: (786) 230-3819

By: */s/ Brandon E. Stein*
**BRANDON E. STEIN, ESQ.**
Florida Bar No.: 88302
bstein@steinlaw.com
**JASON R. BRENNER, ESQ.**
Fla. Bar No. 86731
jbrenner@steinlaw.com


**DAVID LAW OFFICE, P.A.**
Attorney for Plaintiff
2200 N. Commerce Parkway, Suite 200
Weston, FL 33326
Tel: (954) 666-0486

BY: */s/ Geralda David*
**GERALDA DAVID, ESQ**.
Florida Bar No.: 0104969
paralegal@davidlawoffice.com
service@davidlawoffice.com