# EXHIBIT A

## U.S. District Court
## Southern District of Florida (Miami)
## CIVIL DOCKET FOR CASE #: 1:20-cv-21192-KMM

Willis v. Royal Caribbean Cruises, Ltd.
Assigned to: Judge K. Michael Moore
Referred to: Magistrate Judge Lauren Fleischer Louis
Case in other court:  USCA, 22-11569-E
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 03/18/2020
Date Terminated: 05/04/2022
Jury Demand: Plaintiff
Nature of Suit: 340 Marine
Jurisdiction: Diversity

**Plaintiff**

**Judith Willis**

represented by **Jacqueline Garcell**
Lipcon, Margulies, Alsina, Winkleman, P.A.
One Biscayne Tower, Suite 1776
2 S. Biscayne Boulevard
Miami, FL 33131
(305) 373-3016
Fax: (305) 373-6204
Email: jgarcell@lipcon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Robert Margulies**
Jason Margulies, Esq.
2800 Ponce de Leon Boulevard
Suite 1480
Coral Gables, FL 33134
305-373-3016
Fax: 305-373-6204
Email: crewlawyer@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Luis Alexander Perez**
Lipcon, Margulies, Alsina & Winkleman, P.A.
2 S. Biscayne Tower, Ste. 1776
Miami, FL 33131
7868005458
Email: aperez@lipcon.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Royal Caribbean Cruises, Ltd.**

represented by **Andrew Douglas Craven**
The Chartwell Law Offices, LLP
200 S. Biscayne Blvd.
Suite 300
Miami, FL 33131
305-372-9044
Fax: 305-372-5044
Email: acraven@chartwelllaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natasha K. Alcivar**
Royal Caribbean Cruises Ltd.
1050 Caribbean Way
Miami, FL 33132

305-539-3943
Fax: 305-539-6561
Email: nalcivar@rccl.com
*TERMINATED: 12/02/2021*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2020 | 1 | COMPLAINT against ROYAL CARIBBEAN CRUISES, LTD.. Filing fees $ 400.00 receipt number AFLSDC-12622088, filed by JUDITH WILLIS. (Attachments: # 1 Civil Cover Sheet, # 2 Summon(s))(Perez, Luis) (Entered: 03/18/2020) |
| 03/18/2020 | 2 | Clerks Notice of Judge Assignment to Judge Ursula Ungaro.<br><br>Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge John J. O'Sullivan is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent.<br><br>Pro se (NON-PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON-PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (cds) (Entered: 03/18/2020) |
| 03/18/2020 | 3 | Summons Issued as to ROYAL CARIBBEAN CRUISES, LTD.. (cds) (Entered: 03/18/2020) |
| 03/23/2020 | 4 | ORDER Setting Initial Planning and Scheduling Conference, ( Joint Scheduling Report due by 4/24/2020, Scheduling Conference set for 5/8/2020 09:30 AM in Miami Division before Judge Ursula Ungaro.) Signed by Judge Ursula Ungaro on 3/23/2020. *See attached document for full details.* (ls) (Entered: 03/23/2020) |
| 04/03/2020 | 5 | WAIVER OF SERVICE Returned Executed by JUDITH WILLIS. ROYAL CARIBBEAN CRUISES, LTD. waiver sent on 4/1/2020, answer due 6/1/2020. (Perez, Luis) (Entered: 04/03/2020) |
| 04/24/2020 | 6 | SCHEDULING REPORT - **Rule 16.1** by JUDITH WILLIS (Perez, Luis) (Entered: 04/24/2020) |
| 04/24/2020 | 7 | MOTION to Stay by JUDITH WILLIS. Responses due by 5/8/2020 (Attachments: # 1 Text of Proposed Order) (Perez, Luis) (Entered: 04/24/2020) |
| 05/04/2020 | 8 | ORDER granting in part 7 Joint Motion to Stay. The Clerk of Court SHALL administratively close this case. All future hearings and deadlines are CANCELLED, and all pending motions are DENIED AS MOOT. Signed by Judge Ursula Ungaro on 5/4/2020. *See attached document for full details.* (kpe) (Entered: 05/04/2020) |
| 06/03/2020 | 9 | NOTICE by JUDITH WILLIS re 8 Order on Motion to Stay, *Plaintiff's 1st Status Report* (Perez, Luis) (Entered: 06/03/2020) |
| 07/06/2020 | 10 | NOTICE by JUDITH WILLIS re 8 Order on Motion to Stay, *Plaintiff's 2nd Status Report* (Perez, Luis) (Entered: 07/06/2020) |
| 08/05/2020 | 11 | NOTICE by JUDITH WILLIS re 8 Order on Motion to Stay, *Plaintiff's 3rd status report* (Perez, Luis) (Entered: 08/05/2020) |
| 09/03/2020 | 12 | NOTICE by JUDITH WILLIS re 8 Order on Motion to Stay, *4th Status Report* (Perez, Luis) (Entered: 09/03/2020) |
| 10/19/2020 | 13 | MOTION to Stay re 8 Order on Motion to Stay, by JUDITH WILLIS. Responses due by 11/2/2020 (Attachments: # 1 Text of Proposed Order)(Perez, Luis) (Entered: 10/19/2020) |
| 12/17/2020 | 14 | ORDER granting in part 13 Unopposed Motion to Extend Stay of the Case. The case remains CLOSED. Signed by Judge Ursula Ungaro on 12/16/2020. *See attached document for full details.* (kpe) (Entered: 12/17/2020) |
| 01/14/2021 | 15 | NOTICE by JUDITH WILLIS re 14 Order on Motion to Stay *Plaintiff's 1st Status Report re. D.E. 14* (Perez, Luis) (Entered: 01/14/2021) |
| 02/16/2021 | 16 | NOTICE by JUDITH WILLIS re 15 Notice (Other), 14 Order on Motion to Stay *Plaintiff's 2nd Status Report* (Perez, Luis) (Entered: 02/16/2021) |
| 03/19/2021 | 17 | THIRD STATUS REPORT by JUDITH WILLIS re 14 Order on Motion to Stay *Plaintiff's 3rd status report* (Perez, Luis) Modified text on 3/19/2021 (kpe). (Entered: 03/19/2021) |
| 09/15/2021 | 18 | Unopposed MOTION to Reopen Case by JUDITH WILLIS. (Perez, Luis) (Entered: 09/15/2021) |

| 09/15/2021 | 19 | AMENDED COMPLAINT against ROYAL CARIBBEAN CRUISES, LTD., filed by JUDITH WILLIS.(Perez, Luis) (Entered: 09/15/2021) |
|---|---|---|
| 09/16/2021 | 20 | CLERKS NOTICE OF REASSIGNMENT OF CLOSED CASE. Document(s) have been submitted to this Court which pertain to a case in which the assigned judge is no longer with this Court. Case reassigned to Judge K. Michael Moore for all further proceedings. Judge Ursula Ungaro no longer assigned to case. (jmd) (Entered: 09/16/2021) |
| 09/17/2021 | 21 | PAPERLESS ORDER. THIS CAUSE came before the Court upon Plaintiff's Unopposed Motion to Reopen Case and for Entry of Scheduling Order. 18 . Therein, Plaintiff moves the Court to reopen this case, which was previously stayed pending the completion of Plaintiff's medical treatment, because Plaintiff has undergone surgery and is now prepared to move forward. See generally id. UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED the Motion 18 is GRANTED. The Clerk of Court is directed to REOPEN this case. The Parties shall move the Court to reopen any previously filed motions that were mooted when this case was closed. It is FURTHER ORDERED that the Parties shall hold a scheduling conference within twenty (20) days of this Order, and file a joint scheduling report no later than ten (10) days thereafter. A scheduling order shall issue upon receipt of the Parties' joint scheduling report. Signed by Judge K. Michael Moore on 9/17/2021. (hwr) (Entered: 09/17/2021) |
| 09/17/2021 | 22 | PAPERLESS PRETRIAL ORDER. This order is entered upon a sua sponte review of the record. It is hereby ORDERED that S.D. Fla. L.R. 16.1 shall apply to this case and the parties shall hold a scheduling conference within twenty (20) days of the date of this Order. Within ten (10) days of the scheduling conference, counsel shall file a joint scheduling report. Failure of counsel to file a joint scheduling report within the deadlines set forth above may result in dismissal, default, and the imposition of other sanctions including attorney's fees and costs. The parties should note that the time period for filing a joint scheduling report is not tolled by the filing of any other pleading, such as an amended complaint or Rule 12 motion. The scheduling conference may be held via telephone. At the conference, the parties shall comply with the following agenda that the Court adopts from S.D. Fla. L.R. 16.1: (1) Discovery (S.D. Fla. L.R. 16.1.B.1 and 2) - The parties shall determine the procedure for exchanging a copy of, or a description by category and location of, all documents and other evidence that is reasonably available and that a party expects to offer or may offer if the need arises. Fed. R. Civ. P. 26(a)(1)(B). (a) Documents include computations of the nature and extent of any category of damages claimed by the disclosing party unless the computations are privileged or otherwise protected from disclosure. Fed. R. Civ. P. 26(a)(1)(C). (b) Documents include insurance agreements which may be at issue with the satisfaction of the judgment. Fed. R. Civ. P. 26(a)(1)(D). (2) List of Witnesses - The parties shall exchange the name, address and telephone number of each individual known to have knowledge of the facts supporting the material allegations of the pleading filed by the party. Fed. R. Civ. P. 26(a)(1)(A). The parties have a continuing obligation to disclose this information. (3) Discussions and Deadlines (S.D. Fla. L.R. 16.1.B.2) - The parties shall discuss the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case. Failure to comply with this Order or to exchange the information listed above may result in sanctions and/or the exclusion of documents or witnesses at the time of trial. S.D. Fla. L.R. 16.1.I.

Pursuant to Administrative Order 2016-70 of the Southern District of Florida and consistent with the Court of Appeals for the Eleventh Circuit's Local Rules and Internal Operating Procedures, within three days of the conclusion of a trial or other proceeding, parties must file via CM/ECF electronic versions of documentary exhibits admitted into evidence, including photographs of non-documentary physical exhibits. The Parties are directed to comply with each of the requirements set forth in Administrative Order 2016-70 unless directed otherwise by the Court.

Telephonic appearances are not permitted for any purpose. Upon reaching a settlement in this matter the parties are instructed to notify the Court by telephone and to file a Notice of Settlement within twenty-four (24) hours. Signed by Judge K. Michael Moore on 9/17/2021. (hwr) (Entered: 09/17/2021) |
| 09/17/2021 | 23 | PAPERLESS ORDER REFERRING PRETRIAL DISCOVERY MATTERS TO MAGISTRATE JUDGE LAUREN F. LOUIS. PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to United States Magistrate Judge Lauren F. Louis to take all necessary and proper action as required by law with respect to any and all pretrial discovery matters. Any motion affecting deadlines set by the Court's Scheduling Order is excluded from this referral, unless specifically referred by separate Order. It is FURTHER ORDERED that the parties shall comply with Magistrate Judge Louis's discovery procedures. Signed by Judge K. Michael Moore on 9/17/2021. (hwr) (Entered: 09/17/2021) |
| 09/27/2021 | 24 | ANSWER and Affirmative Defenses to Amended Complaint by Royal Caribbean Cruises, Ltd.. Attorney Natasha K. Alcivar added to party Royal Caribbean Cruises, Ltd.(pty:dft). (Alcivar, Natasha) (Entered: 09/27/2021) |

| 10/14/2021 | 25 | Joint SCHEDULING REPORT - **Rule 16.1** by Judith Willis (Perez, Luis) (Entered: 10/14/2021) |
|---|---|---|
| 10/15/2021 | 26 | PAPERLESS ORDER SCHEDULING TRIAL IN MIAMI. This case is now set for trial commencing the two week trial period of June 6, 2022, at 9 a.m. in Courtroom 13-1, (thirteenth floor) United States Courthouse, 400 North Miami Avenue, Miami, Florida. All parties are directed to report to the calendar call on June 2, 2022, at 2 p.m., at which time all matters relating to the scheduled trial date may be brought to the attention of the Court. A final pretrial conference as provided for by Rule 16, Fed. R. Civ. P., and Rule 16.1(C), S.D. Fla. L.R., is scheduled for May 24, 2022, at 11 a.m. A bilateral pretrial stipulation and all other pretrial preparations shall be completed NO LATER THAN FIVE DAYS PRIOR TO THE PRETRIAL CONFERENCE. All motions to amend the pleadings or to join additional parties must be filed by the later of forty-five (45) days after the date of entry of this Order, or forty-five (45) days after the first responsive pleading by the last responding defendant. Any and all pretrial motions, including motions for summary judgment, Daubert motions, and motions in limine must be filed no later than eighty (80) days prior to the trial date. Responses to summary judgment motions must be filed no later than fourteen (14) days after service of the motion, and replies in support of the motion must be filed no later than seven (7) days after service of the response, with both deadlines computed as specified in Rule 6, Fed. R. Civ. P. Each party is limited to one Daubert motion. If all evidentiary issues cannot be addressed in a 20-page memorandum, the parties must file for leave to exceed the page limit. Each party is also limited to one motion in limine (other than Daubert motions). If all evidentiary issues cannot be addressed in a 20-page memorandum, the parties must file for leave to exceed the page limit. Rule 26(a)(2) expert disclosures shall be completed one hundred thirty (130) days prior to the date of trial. All discovery, including expert discovery, shall be completed one hundred (100) days prior to the date of trial. The failure to engage in discovery pending settlement negotiations shall not be grounds for continuance of the trial date. All exhibits must be pre-marked, and a typewritten exhibit list setting forth the number and description of each exhibit must be submitted at the time of trial. Plaintiff's exhibits shall be marked numerically with the letter "P" as a prefix. Defendant's exhibits shall be marked numerically with the letter "D" as a prefix. For a jury trial, counsel shall prepare and submit proposed jury instructions to the Court. The Parties shall submit their proposed jury instructions and verdict form jointly, although they do not need to agree on each proposed instruction. Where the parties do not agree on a proposed instruction, that instruction shall be set forth in bold type. Instructions proposed only by a plaintiff should be underlined. Instructions proposed only by a defendant should be italicized. Every instruction must be supported by citation to authority. The parties should use the Eleventh Circuit Pattern Jury Instructions for Civil Cases as a guide, including the directions to counsel contained therein. The parties shall jointly file their proposed jury instructions via CM/ECF, and shall also submit their proposed jury instructions to the Court via e-mail at moore@flsd.uscourts.gov in WordPerfect or Word format. For a non-jury trial, the parties shall prepare and submit to the Court proposed findings of fact and conclusions of law fully supported by the evidence, which counsel expects the trial to develop, and fully supported by citations to law. The proposed jury instructions or the proposed findings of fact and conclusions of law shall be submitted to the Court no later than five (5) business days prior to the scheduled trial date. Pursuant to Administrative Order 2016-70 of the Southern District of Florida and consistent with the Court of Appeals for the Eleventh Circuit's Local Rules and Internal Operating Procedures, within three days of the conclusion of a trial or other proceeding, parties must file via CM/ECF electronic versions of documentary exhibits admitted into evidence, including photographs of non-documentary physical exhibits. The Parties are directed to comply with each of the requirements set forth in Administrative Order 2016-70 unless directed otherwise by the Court.<br><br>THE FILING BY COUNSEL OF A "NOTICE OF UNAVAILABILITY" BY MOTION OR OTHERWISE IS NOT PROVIDED FOR UNDER THE LOCAL RULES AND SHALL NOT BE PRESUMED TO ALTER OR MODIFY THE COURT'S SCHEDULING ORDER.<br><br>Signed by Judge K. Michael Moore on 10/15/2021. (elm) (Entered: 10/15/2021) |
| 10/15/2021 | 27 | PAPERLESS ORDER OF REFERRAL TO MEDIATION. Trial having been set in this matter for the two week trial period beginning June 6 2022, at 9:00 a.m. pursuant to Rule 16 of the Federal Rule of Civil Procedure and Rule 16.2 of the Local Rules of the United States District Court for the Southern District of Florida, it is hereby ORDERED AND ADJUDGED as follows: 1. All parties are required to participate in mediation. The mediation shall be completed no later than eighty (80) days before the scheduled trial date. 2. Plaintiff's counsel, or another attorney agreed upon by all counsel of record and any unrepresented parties, shall be responsible for scheduling the mediation conference. The parties are encouraged to avail themselves of the services of any mediator on the List of Certified Mediators, maintained in the office of the Clerk of this Court, but may select any other mediator. The parties shall agree upon a mediator and file a Notice of Mediator Selection within fifteen (15) days from the date of this Order. If there is no agreement, lead counsel shall file a request for the Clerk of Court to appoint a mediator in writing within fifteen (15) days from the date of this Order, and the Clerk shall designate a mediator from the List of Certified Mediators. Designation shall be made on a blind rotation basis. 3. The parties shall agree upon a place, date, and time for mediation convenient to the mediator, counsel of record, and unrepresented parties and file a Notice of Scheduling Mediation no later than |

| | | |
|---|---|---|
| | | one hundred and ten (110) days prior to the scheduled trial date. If the parties cannot agree to a place, date, and time for the mediation, they may motion the Court for an order dictating the place, date, and time. 4. The physical presence of counsel and each party or representatives of each party with full authority to enter in a full and complete compromise and settlement is mandatory. If insurance is involved, an adjuster with authority up to the policy limits or the most recent demand, whichever is lower, shall attend. 5. All discussions, representations and statements made at the mediation conference shall be confidential and privileged. 6. At least ten (10) days prior to the mediation date, all parties shall present to the mediator a brief written summary of the case identifying issues to be resolved. Copies of those summaries shall be served on all other parties. 7. The Court may impose sanctions against parties and/or counsel who do not comply with the attendance or settlement authority requirements herein, or who otherwise violate the terms of this Order. The mediator shall report non-attendance and may recommend imposition of sanctions by the Court for non-attendance. 8. The mediator shall be compensated in accordance with the standing order of the Court entered pursuant to Rule 16.2.B.6, or on such basis as may be agreed to in writing by the parties and the mediator selected by the parties. The cost of mediation shall be shared equally by the parties unless otherwise ordered by the Court. All payments shall be remitted to the mediator within 30 days of the date of the bill. Notice to the mediator of cancellation or settlement prior to the scheduled mediation conference must be given at least two (2) full business days in advance. Failure to do so will result in imposition of a fee for one hour. 9. If a full or partial settlement is reached in this case, counsel shall promptly notify the Court of the settlement in accordance with Local Rule 16.2.F, by filing a notice of settlement signed by the counsel of record within ten (10) days of the mediation conference. Thereafter, the parties shall forthwith submit an appropriate pleading concluding the case. 10. Within five (5) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse. 11. If mediation is not conducted, the case may be stricken from the trial calendar, and other sanctions may be imposed. Signed by Judge K. Michael Moore on 10/15/2021. (elm) (Entered: 10/15/2021) |
| 10/20/2021 | 28 | NOTICE of Mediator Selection and Hearing. Selected/Added Laura Bonn as Mediator. Mediation Hearing set for 12/22/2021 at 10:30 a.m.. (Attachments: # 1 Text of Proposed Order)(Perez, Luis) (Entered: 10/20/2021) |
| 10/20/2021 | 29 | NOTICE of Mediator Selection and Hearing. Selected/Added Laura Bonn as Mediator. Mediation Hearing set for 12/22/2021 at 10:30 a.m.. (Niad Hannah, Cindy) (Entered: 10/20/2021) |
| 12/01/2021 | 30 | NOTICE/STIPULATION of Substitution of Counsel by Andrew Douglas Craven on behalf of Royal Caribbean Cruises, Ltd. instead of prior counsel of record Natasha K. Alcivar. . Attorney Andrew Douglas Craven added to party Royal Caribbean Cruises, Ltd.(pty:dft). (Attachments: # 1 Text of Proposed Order Proposed Order) (Craven, Andrew) (Entered: 12/01/2021) |
| 12/02/2021 | 31 | PAPERLESS ORDER. THIS CAUSE came before the Court upon Defendant Royal Caribbean Cruises, Ltd.'s Stipulation for Order on Substitution of Counsel. 30 . Therein, Natasha K. Alcivar, Esq. and Andrew D. Craven, Esq. stipulate that Natasha K. Alcivar, Esq. be granted leave to withdraw as counsel of record for Defendant and that Andrew D. Craven, Esq. of the law firm The Chartwell Law Offices, LLP be substituted as counsel of record for Defendant. Id. The Court construes the Stipulation as a Motion for Substitution of Counsel. Accordingly, UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Motion 30 is GRANTED. Natasha K. Alcivar, Esq. shall be relieved of all further responsibilities related to Defendant in these proceedings. The Clerk of the Court is INSTRUCTED to ADD Andrew D. Craven, Esq. of the law firm The Chartwell Law Offices, LLP as counsel of record for Defendant and REMOVE Natasha K. Alcivar, Esq. as counsel of record for Defendant. Signed by Judge K. Michael Moore on 12/2/2021. (elm) (Entered: 12/02/2021) |
| 12/02/2021 | | Attorney Natasha K. Alcivar representing Royal Caribbean Cruises, Ltd. (Defendant) terminated per DE# 31 Paperless Order. (jas) (Entered: 12/02/2021) |
| 12/21/2021 | 32 | Plaintiff's MOTION to Compel Discovery from Defendant by Judith Willis. Responses due by 1/4/2022 (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Perez, Luis) (Entered: 12/21/2021) |
| 12/21/2021 | 33 | NOTICE of Mediator Selection and Hearing. Selected/Added Laura Bonn as Mediator. Mediation Hearing set for 1/6/22 @ 10:30 a.m.. (Niad Hannah, Cindy) (Entered: 12/21/2021) |
| 01/04/2022 | 34 | RESPONSE to Motion re 32 Plaintiff's MOTION to Compel Discovery from Defendant filed by Royal Caribbean Cruises, Ltd.. Replies due by 1/11/2022. (Craven, Andrew) (Entered: 01/04/2022) |
| 01/07/2022 | 35 | FINAL MEDIATION REPORT by Laura Bonn. Disposition: Case did not settle.(Niad Hannah, Cindy) (Entered: 01/07/2022) |
| 02/02/2022 | 36 | PAPERLESS ORDER Setting Hearing on Motion 32 Plaintiff's MOTION to Compel Discovery from Defendant : Motion Hearing set for 2/9/2022 09:00 AM in Miami Division before Magistrate Judge Lauren |

| | | Fleischer Louis. Zoom instructions are as follows: Meeting ID: 160 306 7671; Passcode: 873681. Signed by Magistrate Judge Lauren Fleischer Louis on 2/9/2022. (nce) (Entered: 02/02/2022) |
|---|---|---|
| 02/09/2022 | 37 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Lauren Fleischer Louis: Motion Hearing held on 2/9/2022 re 32 Plaintiff's MOTION to Compel Discovery from Defendant. Written order to follow.<br><br>A Telephonic Status Conference is set for 2/17/2022 08:30 AM in Miami Division before Magistrate Judge Lauren Fleischer Louis. Appearance may be made by dialing 1-866-434-5269; passcode 9978869#; security code 5710#. Counsel may cancel the hearing by notifying chambers by no later than close of business on 2/16/2022 that no disputes remain. Total time in court: 1 hour. Attorney Appearance(s): Andrew Douglas Craven, Luis Alexander Perez, (zoom recording) (ch1) (Entered: 02/09/2022) |
| 02/14/2022 | 38 | ORDER granting in part 32 Motion to Compel. Signed by Magistrate Judge Lauren Fleischer Louis on 2/14/2022. *See attached document for full details.* (nce) (Entered: 02/14/2022) |
| 02/15/2022 | 39 | PAPERLESS Order Rescheduling Status Conference 37 set for 2/17/2022 at 8:30AM. The Status Conference will now be conducted telephonically on February 23, 2022 at 8:30 AM. At that time, attend by dialing: 1 (866) 434-5269, enter access code number 9978869 followed by the (#) sign, and enter security code number 5710 followed by the (#) sign. Signed by Magistrate Judge Lauren Fleischer Louis on 2/15/2022. (nce) (Entered: 02/15/2022) |
| 02/23/2022 | 40 | PAPERLESS Order Cancelling Status Conference set for 2/23/22 at 8:30 am before Magistrate Judge Louis at the request of the parties. Signed by Magistrate Judge Lauren Fleischer Louis on 2/23/2022. (mdc) (Entered: 02/23/2022) |
| 03/18/2022 | 41 | Defendant's MOTION to Strike *AND PRECLUDE TESTIMONY OF PLAINTIFFS EXPERT RANDALL JAQUES* by Royal Caribbean Cruises, Ltd.. Responses due by 4/1/2022 (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Craven, Andrew) (Entered: 03/18/2022) |
| 03/18/2022 | 42 | Defendant's MOTION in Limine by Royal Caribbean Cruises, Ltd.. (Craven, Andrew) (Entered: 03/18/2022) |
| 03/18/2022 | 43 | Statement of: MATERIAL FACTS by Royal Caribbean Cruises, Ltd. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Craven, Andrew) (Entered: 03/18/2022) |
| 03/18/2022 | 44 | Defendant's MOTION for Summary Judgment by Royal Caribbean Cruises, Ltd.. Responses due by 4/1/2022 (Craven, Andrew) (Entered: 03/18/2022) |
| 03/29/2022 | 45 | RESPONSE in Opposition re 41 Defendant's MOTION to Strike *AND PRECLUDE TESTIMONY OF PLAINTIFFS EXPERT RANDALL JAQUES* filed by Judith Willis. Replies due by 4/5/2022. (Attachments: # 1 Exhibit R. Jaques CV, # 2 Exhibit Lancaster Order, # 3 Exhibit RCL Corp. Rep. Trscpt., # 4 Exhibit RCL Interrogatory Resp.)(Perez, Luis) (Entered: 03/29/2022) |
| 03/29/2022 | 46 | RESPONSE in Opposition re 44 Defendant's MOTION for Summary Judgment filed by Judith Willis. Replies due by 4/5/2022. (Attachments: # 1 Exhibit RCL's Corp. Rep. Depo., # 2 Exhibit RCL SQM 4.04, # 3 Exhibit RCL SQM 6.04, # 4 Exhibit RCL Muster Drill Speech, # 5 Exhibit James Bennetts' Guest Injury Statement, # 6 Exhibit Mary Daniels' Guest Injury Statement, # 7 Exhibit Barnes Boyles' Guest Injury Statement, # 8 Exhibit Dr. Kozel March 9, 2022 Report, # 9 Exhibit June 3, 2019 MRI)(Perez, Luis) (Entered: 03/29/2022) |
| 03/29/2022 | 47 | RESPONSE in Opposition re 44 Defendant's MOTION for Summary Judgment *Plaintiff's Response to Defendant's Statement of Facts, [D.E. 43]; and Plaintiff's Additional Statement of Material Facts* filed by Judith Willis. Replies due by 4/5/2022. (Perez, Luis) (Entered: 03/29/2022) |
| 03/29/2022 | 48 | RESPONSE in Opposition re 42 Defendant's MOTION in Limine filed by Judith Willis. Replies due by 4/5/2022. (Attachments: # 1 Exhibit James Bennetts' Guest Injury Statement, # 2 Exhibit Mary Daniels' Guest Injury Statement, # 3 Exhibit Barnes Boyles' Guest Injury Statement, # 4 Exhibit RCL Corp. Rep. Depo., # 5 Exhibit June 3, 2019 Neck MRI, # 6 Exhibit March 9, 2022 Dr. Kozel Report)(Perez, Luis) (Entered: 03/29/2022) |
| 04/05/2022 | 49 | Defendant's REPLY to Response to Motion re 42 Defendant's MOTION in Limine filed by Royal Caribbean Cruises, Ltd.. (Craven, Andrew) (Entered: 04/05/2022) |
| 04/05/2022 | 50 | Defendant's REPLY to Response to Motion re 41 Defendant's MOTION to Strike *AND PRECLUDE TESTIMONY OF PLAINTIFFS EXPERT RANDALL JAQUES* filed by Royal Caribbean Cruises, Ltd.. (Craven, Andrew) (Entered: 04/05/2022) |
| 04/05/2022 | 51 | Statement of: Reply Material Facts by Royal Caribbean Cruises, Ltd. re 47 Response in Opposition to Motion, (Attachments: # 1 Exhibit)(Craven, Andrew) (Entered: 04/05/2022) |

| 04/05/2022 | [52](#) | Defendant's REPLY to Response to Motion re [44](#) Defendant's MOTION for Summary Judgment filed by Royal Caribbean Cruises, Ltd.. (Craven, Andrew) (Entered: 04/05/2022) |
|---|---|---|
| 05/04/2022 | [53](#) | ORDER GRANTING [44](#) Motion for Summary Judgment, and GRANTING IN PART AND DENYING AS MOOT IN PART [42](#) Motion in Limine. The Clerk of Court is INSTRUCTED to CLOSE this case. All pending motions, if any, are DENIED AS MOOT. Signed by Judge K. Michael Moore on 5/4/2022. *See attached document for full details.* (elm) (Entered: 05/04/2022) |
| 05/04/2022 | [54](#) | FINAL JUDGMENT in favor of Defendant Royal Caribbean Cruises, Ltd., and against Plaintiff Judith Willis. Signed by Judge K. Michael Moore on 5/4/2022. *See attached document for full details.* (elm) (Entered: 05/04/2022) |
| 05/05/2022 | [55](#) | Notice of Appeal as to [54](#) Judgment, [53](#) Order on Motion in Limine,, Order on Motion for Summary Judgment, by Judith Willis. Filing fee $ 505.00 receipt number AFLSDC-15614800. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under Transcript Information. (Attachments: # [1](#) Exhibit ECF No. 53 - Order Granting Summary Judgment, # [2](#) Exhibit ECF No. 54 - Final Judgment)(Perez, Luis) (Entered: 05/05/2022) |
| 05/05/2022 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re [55](#) Notice of Appeal. Notice has been electronically mailed. (hh) (Entered: 05/05/2022) |
| 05/12/2022 | [56](#) | Acknowledgment of Receipt of NOA from USCA re [55](#) Notice of Appeal, filed by Judith Willis. Date received by USCA: 5/5/2022. USCA Case Number: 22-11569-E. (apz) (Entered: 05/12/2022) |
| 05/12/2022 | [57](#) | TRANSCRIPT INFORMATION FORM by Judith Willis re [55](#) Notice of Appeal,,. No Transcript Requested. (Perez, Luis) (Entered: 05/12/2022) |
| 08/16/2022 | 58 | Pursuant to 11th Cir. R. 11-2 and 11th Cir. R. 11-3, the Clerk of the District Court for the Southern District of Florida certifies that the record is complete for purposes of this appeal re: [55](#) Notice of Appeal, Appeal No. 22-11569-DD. The entire record on appeal is available electronically. (apz) (Entered: 08/16/2022) |
| 09/12/2023 | [59](#) | MANDATE of USCA (certified copy). AFFIRMED Judgement of the district court with USCA court's opinion re [55](#) Notice of Appeal, filed by Judith Willis. Date Issued: 09/12/2023 ; USCA Case Number: 22-11569-DD (jgo) (Entered: 09/12/2023) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/23/2024 13:22:45 | | |
| **PACER Login:** | Jlevenson | **Client Code:** | 497900.00005 |
| **Description:** | Docket Report | **Search Criteria:** | 1:20-cv-21192-KMM |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |