# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-23321-KMM

REBECCA BELIARD,

       Plaintiff,

vs.

FRONTIER AIRLINES, INC. (FLIGHT
#2984), a Foreign Profit Corporation

       Defendant.

_____/

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME
REGARDING TRIAL AND PRE-TRIAL DEADLINES**

**THIS CAUSE** came before the Court on the parties' Joint Motion for Extension of Time Regarding Trial and Pretrial Deadlines (the "Motion").  The Court has reviewed the Motion, is advised that it is unopposed, and is otherwise advised in the Premises.  Accordingly, it is:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.   The following pre-trial deadlines are revised as follows:

| Event | New Deadline |
|---|---|
| Parties disclose experts and exchange expert witness summaries or reports. | October 11, 2024 |
| Notice of Scheduling Mediation | October 31, 2024 |
| All discovery, including expert discovery, is completed. | November 8, 2024 |
| Parties must have completed mediation. | November 29, 2024 |
| All pre-trial motions, Daubert motions (which include motions to strike experts), and motions *in limine* are filed. This deadline includes all dispositive motions. | November 29, 2024 |

| | |
|---|---|
| Parties must submit Bilateral Pretrial Stipulation and all other pretrial preparations. | January 31, 2025 |
| Final Pretrial Conference | February 5, 2025 |
| Parties submit proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. | February 11, 2025 |
| Calendar Call | February 14, 2025 |
| Trial Docket | February 18, 2025[1] |

**DONE AND ORDERED** in Chambers, in Miami-Dade County, Florida, on this ___ day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record

---

[1] The parties inserted this date as a placeholder and understand it's subject to the Court's availability based on its current trial docket.

#503307953_v1