UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23321-KMM

REBECCA BELIARD,

      Plaintiff,

  vs.

FRONTIER AIRLINES, INC.
(FLIGHT #2984),
a Foreign Profit Corporation,

      Defendant.

_____/

**PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL OF RECORD AND MOTION FOR EXTENSION OF TIME FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO COURT ORDER DATED JULY 31, 2024 (DE 47)**

COMES NOW, Attorneys of Record, STEINLAW, P.A. and DAVID LAW OFFICE, along with Attorneys Brandon E. Stein, Jason R. Brenner, and Geralda David, moves this Court for an Order granting withdrawal as counsel of record and extension in time for Plaintiff, REBECCA BELIARD, for leave to amend the Second Amended Complaint, and states as follows:

1.     Counsel of Record, SteinLaw, P.A., David Law Office, Brandon E. Stein, Jason R. Brenner, and Geralda David, retained by Plaintiff, REBECCA BELIARD, and further identified on the electronic filing system and docket for the above captioned matter hereby request this Court enter an Order granting their Motion to Withdraw.

2.     Due to irreconcilable differences which have developed in this case, Counsel for Plaintiff requests this Honorable Court to allow them to withdraw as counsel of record for the Plaintiff in this matter.

3.     As an additional note, on July 31, 2024, this Court entered an Order granting Defendant's Motion to Dismiss the Second Amended Complaint, but granted Plaintiff leave to amend within twenty-one (21) days from that Order.

4.     In fairness and equity for Plaintiff, the undersigned requests that in addition to granting this Motion to Withdraw, the Court enters an order granting Plaintiff, Rebecca Beliard, an additional forty-five (45) days extension in time for leave to amend the Second Amended Complaint.

5.       Notice regarding the foregoing and this Motion has been provided to the Plaintiff, Rebecca Beliard, via email and U.S. Mail.

**WHEREFORE**, Plaintiff, REBECCA BELIARD, respectfully requests this Honorable Court grant Plaintiff Counsel's motion to withdraw and grant a forty-five (45) day extension in time for leave to amend the second amended complaint and grant Plaintiff any other relief this Court deems just and appropriate.

<u>**Certificate of Conferral Pursuant to Local Rule 7.1**</u>

Counsel for the undersigned certifies that they have conferred with counsel for Defendant regarding the foregoing motion.

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on this **_15th__ day of August, 2024**, I electronically filed the foregoing document with the Clerk of the Court CM/ECF. I certify that the foregoing document is being served this date on all counsel of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

**STEINLAW, P.A.**
Attorneys For Plaintiff
20807 Biscayne Boulevard, Suite 200
Aventura, Florida 33180
Telephone: 786.230.3819
Facsimile:   786.627.3302
Email: bstein@steinlaw.com
Email: efranjul@steinlaw.com

By  */s/ Brandon E. Stein*
     Brandon E. Stein, ESQ.
     FBN 88302

**DAVID LAW OFFICE, P.A.**
Attorney For Plaintiff
2200 N. Commerce Parkway, Suite 200
Weston, Florida 33326
Telephone: 954.666.0486
Facsimile:   954.416.2368
Email: paralegal@davidlawoffice.com
Email: service@davidlawoffice.com

By  */s/ Geralda David*

2

Geralda David, ESQ.
FBN 104969

**SERVICE LIST:**

Joshua R. Levenson, Esq.
FBN: 56208
HOLLAND & KNIGHT, LLP
515 E. Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Email: Joshua.levenson@hklaw.com
(via E-Service)