UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
------------------------------------- X

REBECCA BELIARD                         :     CASE NO.: 1:23-CV-23321-KMM

                Plaintiff,     :

      v.                            :

FRONTIER AIRLINES, INC.                 :
(FLIGHT #2984), a Foreign
Profit Corporation

                Defendant.
------------------------------------- X

FILED BY _____ D.C.
OCT 03 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## PRO SE PLAINTIFF MOTION FOR EXTENSION OF TIME TO SECURE COUNSEL AND AMEND COMPLAINT

Pursuant to FRCP 6, Plaintiff, Rebecca Beliard, pro se, respectfully requests this Court to grant a 45-day extension for the purpose of securing legal representation and amending the complaint, due to unforeseen personal health issues.

As grounds for this motion, the following are presented:

1. The Plaintiff was granted until October 4, 2024, to amend the complaint following an Order Granting Motion to Withdraw as Counsel and Motion for Extension previously entered in this case.

2. Due to ongoing health issues, Plaintiff has not been able to engage new counsel in order to amend the complaint by the deadline.

1

3. Given these circumstances, Plaintiff respectfully requests additional time to recover from ongoing illness, secure representation, and duly amend the complaint as initially intended.

For the foregoing reasons, Plaintiff respectfully requests that the Court extend the deadline for amending the complaint by an additional 45 days.

Respectfully submitted,

*/s/ Rebecca Beliard*
Rebecca Beliard (Oct 3, 2024 11:15 EDT)

Rebecca Beliard

Dated: October 3, 2024

# R. Beliard Motion for Extension of Time

Final Audit Report                                                                 2024-10-03

| | |
|---|---|
| Created: | 2024-10-03 |
| By: | Rebecca Beliard (hello@rebeccabeliard.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAANL0OE1Q1Ev0imq62BMotb7Fv4cwBPe3_ |

## "R. Beliard Motion for Extension of Time" History

- Document created by Rebecca Beliard (hello@rebeccabeliard.com)
  2024-10-03 - 2:58:20 PM GMT

- Document emailed to rebecca@rebeccabeliard.com for signature
  2024-10-03 - 2:58:24 PM GMT

- Email viewed by rebecca@rebeccabeliard.com
  2024-10-03 - 2:58:48 PM GMT

- Signer rebecca@rebeccabeliard.com entered name at signing as Rebecca Beliard
  2024-10-03 - 3:15:42 PM GMT

- Document e-signed by Rebecca Beliard (rebecca@rebeccabeliard.com)
  Signature Date: 2024-10-03 - 3:15:44 PM GMT - Time Source: server

- Agreement completed.
  2024-10-03 - 3:15:44 PM GMT

Adobe Acrobat Sign