UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:23-cv-23321-KMM

REBECCA BELIARD,
                 Plaintiff,

vs.

FRONTIER AIRLINES, INC. (FLIGHT
#2984), a Foreign Profit Corporation
                 Defendant.

_____/

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that attorney Jordan N. Bittle of the law firm of Holland &

Knight LLP, hereby enters his appearance as counsel in this action for Defendant Frontier Airlines,

Inc. ("Frontier" or "Defendant").  Counsel requests that he be served with copies of all further

pleadings, notices, orders, and documents served in this action at:

Jordan N. Bittle
jordan.bittle@hklaw.com
Holland & Knight LLP
515 E. Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Phone:  (954) 525-1000
Fax:  (954) 463-2030

Dated: November 25, 2024

Respectfully submitted,
HOLLAND & KNIGHT LLP

*/s/ Jordan N. Bittle*
Joshua R. Levenson
Florida Bar No. 56208
joshua.levenson@hklaw.com
Jordan N. Bittle
Florida Bar No. 1031464
jordan.bittle@hklaw.com
Holland & Knight LLP
515 E. Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Phone:  (954) 525-1000
Fax:  (954) 463-2030
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 25, 2024, I electronically filed the foregoing document with the Clerk of the Court CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

Rebecca Beliard
RPB Law, PLLC
121 NE 34th St Unit 2714
Miami, FL 33137-3886
Email: hello@rebeccabeliard.com;
rebecca@rebeccabeliardesq.com;
rebecca@rebeccabeliard.com
rebecca@rpblawfirm.com
**[ via E-mail ]**

By: */s/ Jordan N. Bittle*
      Jordan N. Bittle
      Florida Bar No. 1031464

2