# EXHIBIT C

| | |
|---|---|
| **From:** | Rebecca P. Beliard, Esq. <rebecca@rpblawfirm.com> |
| **Sent:** | Monday, October 28, 2024 12:56 PM |
| **To:** | Levenson, Joshua R (FTL - X27852) |
| **Cc:** | Bittle, Jordan N (FTL - X27988) |
| **Subject:** | Re: Beliard v Frontier |
| **Importance:** | High |
| **Categories:** | Filed |

*[External email]*
Hi Josh,

Thank you for your email. ███████████████████████████████████████

If we cannot reach a resolution, I would like to proceed with discovery immediately, as my understanding is that it must continue until the judge rules on the motion.

As a reminder, I am a pro se litigant without litigation experience, and the court provides flexibility to pro se litigants in these matters. Additionally, pursuant to Florida Bar Rule 4-1.1, attorneys must practice only in areas where they have the necessary competence. That said, I have already provided responses to discovery requests and would like to schedule depositions as soon as possible if we are unable to settle within the specified timeframe.

I appreciate your prompt attention to this matter and am open to discussing it further by phone as well.

Best regards,
Rebecca

---

**From:** joshua.levenson@hklaw.com <joshua.levenson@hklaw.com>
**Sent:** Friday, October 25, 2024 4:28 PM
**To:** Rebecca P. Beliard, Esq. <rebecca@rpblawfirm.com>
**Cc:** Jordan.Bittle@hklaw.com <Jordan.Bittle@hklaw.com>
**Subject:** RE: Beliard v Frontier

Dear Ms. Beliard,

Thank you for the email. I was in a deposition yesterday and had a hearing this morning, so I am just now getting a chance to respond. ███████████████████████████████████████ I am also available to discuss next week if you prefer to speak on the phone.

Regarding any discovery, we moved to stay discovery pending resolution of Frontier's pending Motion to Dismiss the Third Amended Complaint.  It would be improper to schedule depositions with that request pending.  If you are insisting on discovery, we previously provided your prior attorneys with multiple extensions of time to respond to Frontier's discovery requests because the parties were discussing settlement. Please confirm what date you will be providing responses and responsive documents to the First Request for Production and First Set of Interrogatories served by Frontier on April 30, 2024.  As to any discovery served on Frontier, we already responded on June 14, 2024 and I am not aware of pending discovery responses that were unanswered.  Which one are you talking about specifically?  Regarding depositions, your request is premature because of the pending motion to stay discovery, and it also fails to identify the topics for the proposed corporate representative deposition in order for us to determine who is the appropriate person.

Josh

**Joshua Levenson** | **Holland & Knight**
Partner
Holland & Knight LLP
515 East Las Olas Boulevard, Suite 1200 | Fort Lauderdale, Florida 33301
Phone 954.468.7852 | Fax 954.463.2030
joshua.levenson@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Rebecca P. Beliard, Esq. <rebecca@rpblawfirm.com>
**Sent:** Thursday, October 24, 2024 5:08 PM
**To:** Levenson, Joshua R (FTL - X27852) <joshua.levenson@hklaw.com>
**Cc:** Bittle, Jordan N (FTL - X27988) <Jordan.Bittle@hklaw.com>
**Subject:** Re: Beliard v Frontier

*[External email]*

Hi Josh,

I hope this message finds you well. ████████████████████████████████████████████████████████████████████████ My goal is to find a resolution, but if you would like to proceed forward with the case, could you please provide the earliest available dates for the 30(b)(6) corporate deposition? The designated deponent should be prepared for a full 7-hour session, in accordance with Rule 30.

Additionally, could you provide the name of the flight attendant? I would like to schedule her deposition as soon as possible as well. Since she is not a party, will you be able to produce her voluntarily? If a subpoena is necessary, please let me know her whereabouts for service, and I request that her deposition also be for the full 7 hours.

I propose that both depositions be conducted virtually. I would appreciate it if you could share your first available dates for these sessions to ensure we can proceed without delay.

Lastly, I noticed that some discovery requests were not fully answered. Therefore, I would like you to provide a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that your client has in its possession, custody, or control that may be used to support its claims or defenses.

Thank you. I look forward to your prompt response.

Regards,
Rebecca

---

**From:** Rebecca P. Beliard, Esq. <rebecca@rpblawfirm.com>
**Sent:** Friday, October 18, 2024 12:33 PM
**To:** joshua.levenson@hklaw.com <joshua.levenson@hklaw.com>
**Cc:** Jordan.Bittle@hklaw.com <Jordan.Bittle@hklaw.com>
**Subject:** Re: Beliard v Frontier

Hi Josh,

I object to this. ██████████████████████████████████████████
████████████████████████████████████████████████████████████

Best,
Rebecca

---

**From:** joshua.levenson@hklaw.com <joshua.levenson@hklaw.com>
**Sent:** Friday, October 18, 2024 12:31 PM
**To:** Rebecca P. Beliard, Esq. <rebecca@rpblawfirm.com>; Rebecca P. Beliard, Esq. <rebecca@rpblawfirm.com>; Rebecca P. Beliard, Esq. <rebecca@rpblawfirm.com>; Rebecca P. Beliard, Esq. <rebecca@rpblawfirm.com>
**Cc:** Jordan.Bittle@hklaw.com <Jordan.Bittle@hklaw.com>
**Subject:** RE: Beliard v Frontier

Dear Ms. Beliard,

I am following up on the email below and the voicemail I left you at (631) 839-1348, which is the number for your office from the Florida Bar website. I did not see a different telephone number in your complaint. Please let us know if you agree or object to the stay on discovery pending resolution of the motion to dismiss the Third Amended Complaint. We will note your position. Thank you.

Josh

**Joshua Levenson** | **Holland & Knight**
Partner
Holland & Knight LLP
515 East Las Olas Boulevard, Suite 1200 | Fort Lauderdale, Florida 33301
Phone 954.468.7852 | Fax 954.463.2030
joshua.levenson@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Levenson, Joshua R (FTL - X27852)
**Sent:** Thursday, October 17, 2024 5:54 PM
**To:** Rebecca@rebeccabeliard.com
**Cc:** Bittle, Jordan N (FTL - X27988) <Jordan.Bittle@hklaw.com>
**Subject:** Beliard v Frontier

Dear Ms. Beliard,

Frontier will be moving to dismiss your Third Amended Complaint because it fails to state a cause of action and will also be seeking a stay on discovery pending resolution of the motion to dismiss the Third Amended Complaint. Pursuant to the local rules, please confirm if you agree or object to the stay on discovery pending resolution of the motion to dismiss the Third Amended Complaint.  We will note your position. Thank you.

Josh

**Joshua Levenson | Holland & Knight**
Partner
Holland & Knight LLP
515 East Las Olas Boulevard, Suite 1200 | Fort Lauderdale, Florida 33301
Phone 954.468.7852 | Fax 954.463.2030
joshua.levenson@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.