# EXHIBIT D

# Holland & Knight

515 E. Las Olas Boulevard, Suite 1200 | Fort Lauderdale, FL 33301 | T  | F 954.463.2030
Holland & Knight LLP | www.hklaw.com

Joshua R. Levenson
(954) 468-7852
joshua.levenson@hklaw.com

November 1, 2024

**_Via E-mail (rebecca@rpblawfirm.com; hello@rebeccabeliard.com;_**
**_rebecca@rebeccabeliardesq.com; rebecca@rebeccabeliard.com)_**

Rebecca Beliard
RPB Law, PLLC
121 NE 34th St Unit 2714
Miami, FL 33137-3886

   Re:  Notice of Deficiency regarding Plaintiff's Responses to Frontier's First Request for Production and First Set of Interrogatories – *Rebecca Beliard v. Frontier Airlines, Inc.*, Case No. 1:23-cv-23321-KMM

Dear Ms. Beliard:

In compliance with Southern District of Florida Local Rule 7.1(a)(3), we write to notify you that Plaintiff has failed to comply with the Federal Rules of Civil Procedure by failing to respond to Frontier's First Request for Production and First Set of Interrogatories (collectively, the "Discovery Requests") even after multiple extensions were provided to your prior counsel. And despite the multiple extensions, Plaintiff – for the first time as of October 28, 2024 – has claimed responses were served when that's not true. This letter constitutes Frontier's effort to resolve these issues in good faith without the need to seek court intervention.

As you know, Frontier served its Discovery Requests on Plaintiff on April 30, 2024. Thus, Plaintiff had an initial deadline of May 30, 2024 to respond to Frontier's Discovery Requests. *See* Fed. R. Civ. P. 33(b)(2) ("The responding party must serve its answers and any objections within 30 days after being served with the interrogatories."); Fed. R. Civ. P. 34(b)(2)(A) ("the party to whom the request is directed must respond in writing within 30 days after being served . . ."). On May 30, 2024, Plaintiff requested a 20-day extension (i.e., until June 19, 2024) to serve its responses to Frontier's Discovery Requests, which Frontier agreed to that same day. Then, on the eve of this already extended deadline, Plaintiff requested an additional extension of 14 days, which equates to a new deadline to respond by July 3, 2024. Plaintiff's prior counsel and undersigned counsel then discussed further extensions pending settlement discussions beyond that date. To date, however, Plaintiff has failed to respond to Frontier's Discovery Requests.

The Court entered an order on July 31, 2024 granting Frontier's Motion to Dismiss Plaintiff's Second Amended Complaint and instructed the Clerk of Court to close this case [D.E. 47]. Upon

Rebecca Beliard
November 1, 2024
Page 2

Plaintiff filing her Third Amended Complaint, the Court instructed the Clerk of Court to reopen this case [D.E. 53]. On October 28, 2024, you have taken the position (for the first time) that you responded to all discovery requests, which is false. Because you are now taking the position that you have responded, we are issuing this deficiency notice because no responses were filed despite your representation. While we have provided multiple extensions of time to Plaintiff, it has now been over **175 days** since the Discovery Requests were served on Plaintiff and Plaintiff has still not provided a written response or produced a single document in connection with the Discovery Requests. Worse, as stated above, Plaintiff has recently taken the position that she responded to the Discovery Requests, when in fact no responses were served.

**Accordingly, Frontier will provide Plaintiff until the close of business (i.e., 5:00 PM EST) on Friday, November 8, 2024, to respond and produce all responsive documents to the Discovery Requests before Frontier seeks the necessary relief with the Court.** If you would like to discuss further on a conference call prior to the aforementioned deadline, please let us know and we are happy to discuss.

All rights reserved; none waived.

Sincerely yours,

HOLLAND & KNIGHT LLP

*s/ Joshua R. Levenson*

Joshua R. Levenson