UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:23-cv-23321-KMM

REBECCA BELIARD,
        Plaintiff,
vs.

FRONTIER AIRLINES, INC. (FLIGHT #2984), a Foreign Profit Corporation
        Defendant.
_____/

## NOTICE OF SUPPLEMENTAL CERTIFICATE OF LOCAL RULE 7.1 CONFERRAL REGARDING DEFENDANT'S MOTION TO COMPEL DISCOVERY [DE 60] AND DEFENDANT'S MOTION TO DISMISS AND STAY DISCOVERY [DE 54]

Defendant Frontier Airlines, Inc. ("Defendant"), in accordance with Local Rule 7.1, hereby supplements its certificates of conferral to memorialize Plaintiff's amended position regarding staying discovery pending resolution of Defendant's pending Motion to Dismiss as discussed in the following two motions: (i) Defendant's Motion to Compel Discovery Responses and Production of Documents from Plaintiff dated November 25, 2024 [DE 60]; and (ii) Defendant's Motion to Dismiss the Third Amended Complaint and Stay Discovery and Incorporated Memorandum of Law dated October 18, 2024 [DE 54].

1. With respect to Defendant's request to stay discovery pending resolution of its Motion to Dismiss the Third Amended Complaint, on December 2, 2024, Plaintiff emailed undersigned counsel and stated the following:

> *Hi Jordon,*
> *I've reviewed the motion to compel and* **I'm amenable to your request to put a pause on discovery**, *provided that you withdraw the motion to compel. Would you be able to prepare a joint motion for this?*
> *Thanks,*
> *Rebecca*

See emails attached as **Exhibit A** (emphasis added).

2. As additional background, Plaintiff had previously opposed a stay on discovery

pending resolution of Defendant's Motion to Dismiss the Third Amended Complaint and Stay Discovery, but recently indicated she would be "*amenable to [Defendant's] request to put a pause on discovery*" after Defendant filed its Motion to Compel [DE 60] in compliance with the 28-day deadline imposed by Local Rule 26.1(g)(2)(A) and then subsequently requested dates for a hearing regarding the discovery dispute in compliance with Magistrate Judge Lauren Louis's Discovery Practices and Procedures.[1]  *See* Exhibit A.

3. As indicated in ¶ 7 of Defendant's Motion to Compel [DE 60], Defendant remains willing to table this discovery dispute issue if Plaintiff agrees to a stay on discovery pending resolution of Defendant's Motion to Dismiss the Third Amended Complaint or if the Court grants a stay discovery as requested in Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint and Stay Discovery filed on October 18, 2024 [ECF No. 54].

4. No prejudice will result to either party because there is presently no operative pretrial scheduling order or trial date because the case was closed for 76 days from July 31, 2024 [DE 47] until October 15, 2024 [per DE 53].

Dated: December 9, 2024

Respectfully submitted,

HOLLAND & KNIGHT LLP

*/s/ Joshua R. Levenson*
Joshua R. Levenson
Florida Bar No. 56208
joshua.levenson@hklaw.com
Jordan N. Bittle
Florida Bar No. 1031464
jordan.bittle@hklaw.com
Holland & Knight LLP
515 E. Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Phone:  (954) 525-1000

---

[1] *Available here* https://www.flsd.uscourts.gov/sites/flsd/files/JudgeLouisDiscoveryPractices-and-Procedures_March2022.pdf (last visited Dec. 9, 2024).

Fax: (954) 463-2030  
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 9, 2024, I electronically filed the foregoing document with the Clerk of the Court CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

Rebecca Beliard  
RPB Law, PLLC  
121 NE 34th St Unit 2714  
Miami, FL 33137-3886  
Email: hello@rebeccabeliard.com;  
rebecca@rebeccabeliardesq.com;  
rebecca@rebeccabeliard.com  
rebecca@rpblawfirm.com  
**[ via E-mail ]**

By: */s/ Joshua R. Levenson*  
Joshua R. Levenson  
Florida Bar No. 56208