# EXHIBIT A

**Levenson, Joshua R (FTL - X27852)**

| | |
|---|---|
| **From:** | Rebecca P. Beliard, Esq. <rebecca@rpblawfirm.com> |
| **Sent:** | Monday, December 2, 2024 5:01 PM |
| **To:** | Bittle, Jordan N (FTL - X27988) |
| **Cc:** | Levenson, Joshua R (FTL - X27852) |
| **Subject:** | Follow up on Motion to Compel |

*[External email]*

Hi Jordon,

I've reviewed the motion to compel and I'm amenable to your request to put a pause on discovery, provided that you withdraw the motion to compel. Would you be able to prepare a joint motion for this?

Thanks,
Rebecca

**Levenson, Joshua R (FTL - X27852)**

| | |
|---|---|
| **From:** | Rebecca P. Beliard, Esq. <rebecca@rpblawfirm.com> |
| **Sent:** | Sunday, December 1, 2024 9:50 PM |
| **To:** | Bittle, Jordan N (FTL - X27988) |
| **Cc:** | Swain, Martell R (FTL - X27992); Levenson, Joshua R (FTL - X27852) |
| **Subject:** | Re: SERVICE OF COURT DOCUMENT, Rebecca Belliard vs. Frontier Airlines, Inc. (Flight #2984), a Foreign Profit Corporation, Case No. 1:23-cv-23321-KMM |

*[External email]*
Thanks for the clarification, Jordon.  I will respond to your email by tomorrow evening.

Regards,
Rebecca

---

**From:** Jordan.Bittle@hklaw.com <Jordan.Bittle@hklaw.com>
**Sent:** Wednesday, November 27, 2024 4:45 PM
**To:** Rebecca P. Beliard, Esq. <rebecca@rpblawfirm.com>
**Cc:** Martell.Swain@hklaw.com <Martell.Swain@hklaw.com>; joshua.levenson@hklaw.com <joshua.levenson@hklaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT, Rebecca Belliard vs. Frontier Airlines, Inc. (Flight #2984), a Foreign Profit Corporation, Case No. 1:23-cv-23321-KMM

Ms. Beliard,

Attached for reference is Frontier's Motion to Compel Discovery, which was also filed and served on November 25 along with the Notice of Appearance.

Thanks,
Jordan

**Jordan Bittle** | **Holland & Knight**
Associate
Holland & Knight LLP
515 East Las Olas Boulevard, Suite 1200 | Fort Lauderdale, Florida 33301
Phone 954.468.7988 | Fax 954.463.2030
jordan.bittle@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Rebecca P. Beliard, Esq. <rebecca@rpblawfirm.com>
**Sent:** Wednesday, November 27, 2024 4:36 PM
**To:** Bittle, Jordan N (FTL - X27988) <Jordan.Bittle@hklaw.com>
**Cc:** Swain, Martell R (FTL - X27992) <Martell.Swain@hklaw.com>; Levenson, Joshua R (FTL - X27852) <joshua.levenson@hklaw.com>
**Subject:** Re: SERVICE OF COURT DOCUMENT, Rebecca Belliard vs. Frontier Airlines, Inc. (Flight #2984), a Foreign Profit Corporation, Case No. 1:23-cv-23321-KMM

1

*[External email]*
Hi Jordan,

Where was this served?  In person service?  I'm not seeing what you are referring to below.  Can you attach whatever you are referring to your actual email to avoid confusion? Only thing I see is a notice of appearance on November 25.

Regards,
Rebecca

---

**From:** Jordan.Bittle@hklaw.com <Jordan.Bittle@hklaw.com>
**Sent:** Wednesday, November 27, 2024 4:04 PM
**To:** Rebecca P. Beliard, Esq. <rebecca@rpblawfirm.com>
**Cc:** Martell.Swain@hklaw.com <Martell.Swain@hklaw.com>; joshua.levenson@hklaw.com <joshua.levenson@hklaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT, Rebecca Belliard vs. Frontier Airlines, Inc. (Flight #2984), a Foreign Profit Corporation, Case No. 1:23-cv-23321-KMM

Good afternoon,

As described in Frontier's Motion to Compel, which was served on you on November 25 as indicated in the email below, Frontier's motion seeks to compel Plaintiff to provide responses and responsive documents to Frontier's Discovery Requests.

Thanks,
Jordan

**Jordan Bittle** | **Holland & Knight**
Associate
Holland & Knight LLP
515 East Las Olas Boulevard, Suite 1200 | Fort Lauderdale, Florida 33301
Phone 954.468.7988 | Fax 954.463.2030
jordan.bittle@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Rebecca P. Beliard, Esq. <rebecca@rpblawfirm.com>
**Sent:** Wednesday, November 27, 2024 9:53 AM
**To:** Bittle, Jordan N (FTL - X27988) <Jordan.Bittle@hklaw.com>
**Cc:** Swain, Martell R (FTL - X27992) <Martell.Swain@hklaw.com>; Levenson, Joshua R (FTL - X27852) <joshua.levenson@hklaw.com>
**Subject:** Re: SERVICE OF COURT DOCUMENT, Rebecca Belliard vs. Frontier Airlines, Inc. (Flight #2984), a Foreign Profit Corporation, Case No. 1:23-cv-23321-KMM

*[External email]*
Good morning,

I'm confirming receipt of your email. Could you please clarify the purpose of this? What is the motion to compel regarding?

2

Thanks,
Rebecca

---

**From:** Jordan.Bittle@hklaw.com <Jordan.Bittle@hklaw.com>
**Sent:** Tuesday, November 26, 2024 3:19 PM
**To:** Rebecca P. Beliard, Esq. <rebecca@rpblawfirm.com>; Rebecca P. Beliard, Esq. <rebecca@rpblawfirm.com>; Rebecca P. Beliard, Esq. <rebecca@rpblawfirm.com>; Rebecca P. Beliard, Esq. <rebecca@rpblawfirm.com>
**Cc:** Martell.Swain@hklaw.com <Martell.Swain@hklaw.com>; joshua.levenson@hklaw.com <joshua.levenson@hklaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT, Rebecca Belliard vs. Frontier Airlines, Inc. (Flight #2984), a Foreign Profit Corporation, Case No. 1:23-cv-23321-KMM

Good afternoon Ms. Beliard,

Can you please advise as to your availability on December 10, 11, and 12 for a hearing on Frontier's Motion to Compel. Thank you.

Best,
Jordan

**Jordan Bittle** | **Holland & Knight**
Associate
Holland & Knight LLP
515 East Las Olas Boulevard, Suite 1200 | Fort Lauderdale, Florida 33301
Phone 954.468.7988 | Fax 954.463.2030
jordan.bittle@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Levenson, Joshua R (FTL - X27852) <joshua.levenson@hklaw.com>
**Sent:** Monday, November 25, 2024 9:01 PM
**To:** hello@rebeccabeliard.com; rebecca@rebeccabeliardesq.com; rebecca@rebeccabeliard.com; Rebecca P. Beliard, Esq. <rebecca@rpblawfirm.com>
**Cc:** Bittle, Jordan N (FTL - X27988) <Jordan.Bittle@hklaw.com>; Swain, Martell R (FTL - X27992) <Martell.Swain@hklaw.com>
**Subject:** SERVICE OF COURT DOCUMENT, Rebecca Belliard vs. Frontier Airlines, Inc. (Flight #2984), a Foreign Profit Corporation, Case No. 1:23-cv-23321-KMM

| | |
|---:|---|
| Court: | U.S. District Court, Southern District of Florida |
| Case No.: | 1:23-cv-23321-KMM |
| Initial Plaintiff: | Rebecca Beliard |
| Initial Defendant: | Frontier Airlines, Inc. (Flight #2984), a Foreign Profit Corporation |
| Title of Document being served: | **Defendant's Notice of Attorney Appearance [DE 59]**<br>**Defendant's Motion to Compel [DE 60]** |
| Sender's Name: | Joshua R. Levenson, Esq. (counsel for Defendant Frontier Airlines, Inc.) |

3

| | |
|---|---|
| Sender's Phone: | (954) 525-1000 |
| Sender's Email: | joshua.levenson@hklaw.com; jordan.bittle@hklaw.com |

**Joshua Levenson** | **Holland & Knight**
Partner
Holland & Knight LLP
515 East Las Olas Boulevard, Suite 1200 | Fort Lauderdale, Florida 33301
Phone 954.468.7852 | Fax 954.463.2030
joshua.levenson@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.