IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Civil No. 1:23-cv-23321-KMM

Rebecca Beliard

Plaintiff,

v.

Frontier Airlines, Inc. (Flight #2984), a
Foreign Profit Corporation

Defendant



## RESPONSE TO MOTION TO COMPEL DISCOVERY AT ECF 60

MAY IT PLEASE THE COURT:

Comes now the plaintiff, Rebecca Beliard, proceeding *pro se*[1], and, most respectfully, states and prays as follows:

1. Frontier filed a motion to compel discovery on November 25, 2024 (ECF 60).

2. In such motion, Frontier stated, in an alternative request for relief, that it was "…willing to table the discovery pending resolution of its pending Motion to Dismiss and Stay Discovery filed on October 18, 2024 [ECF No. 54]". *Id.*, at ¶¶ 7, 13. See, also, ECF 60-5, at pg. 2 ("[i]f Frontier does not receive responses to the discovery in accordance with our prior deficiency notice, we will seek the assistance of the court. If you are willing to agree to a stay on discovery pending resolution of the Motion to Dismiss, then we would be willing to table this issue").

---

[1] This document was prepared with the assistance of additional counsel, under Florida Bar Ethics Opinion 79-7 (Reconsideration).

1

3.      I hereby accept Frontier's proposal to pause all discovery and related matters until this Court resolves its pending *Motion to Dismiss*, and most respectfully request that this Court allow it. I also note that I recently proposed this to Frontier (that we pause discovery, file a joint motion to that effect for Court approval, and that Frontier withdraw its motion to compel). As of today, I have not received a response. **Ex. 1**.

4.      Per the above, I most respectfully request that this Court pause all discovery and related issues until it resolves Frontier's *Motion to Dismiss*. Consequently, I request that it deny as moot (or deny without prejudice) the motion to compel discovery.

WHEREFORE the plaintiff, Rebecca Beliard, most respectfully requests that this Court deny as moot (or deny without prejudice) the motion to compel discovery.

I HEREBY CERTIFY that on this same day the foregoing document was filed on paper and will be notified by the CM/ECF system to all counsel of record. I will also notify defense counsel via email.

s/Rebecca Beliard
Rebecca Beliard
121 NE 34th Street
Apt. 2714
Miami, Fl  33137
Email: Rebecca@rebeccabeliard.com

Date: 12/9/24

Counsel for defendant is:

SERVICE LIST:
Joshua R. Levenson, Esq.
FBN: 56208
HOLLAND & KNIGHT, LLP
515 E. Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301

Email: Joshua.levenson@hklaw.com

Jordan Bittle, Esq.
FBN: 1031464
HOLLAND & KNIGHT, LLP
515 E. Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Email: jordan.bittle@hklaw.com

Date: 12/9/24

# Exhibit 1

Rebecca P. Beliard, Esq.
To: Jordan.Bittle@hklaw.com
Cc: joshua.levenson@hklaw.com

Reply | Reply all | Forward

Mon 12/9/2024 2:44 PM

Hi Jordan,

Following up on my email below.

Best,
Rebecca

Reply | Reply all | Forward

---

Rebecca P. Beliard, Esq.
To: Jordan.Bittle@hklaw.com
Cc: joshua.levenson@hklaw.com

Reply | Reply all | Forward

Thu 12/5/2024 10:36 AM

Hi Jordan,

Following up on my email below. I understand there are deadlines with this type of filing and will need to understand your position on discovery in order to proceed.

Thanks.

Regards,
Rebecca

---

Rebecca P. Beliard, Esq.
To: Jordan.Bittle@hklaw.com
Cc: joshua.levenson@hklaw.com

Reply | Reply all | Forward

Mon 12/2/2024 5:00 PM

Hi Jordon,

I've reviewed the motion to compel and I'm amenable to your request to put a pause on discovery, provided that you withdraw the motion to compel. Would you be able to prepare a joint motion for this?

Thanks,
Rebecca

---

