UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:23-cv-23321-KMM

REBECCA BELIARD,
        Plaintiff,
vs.

FRONTIER AIRLINES, INC. (FLIGHT #2984), a Foreign Profit Corporation
        Defendant.
_____/

## DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL DISCOVERY RESPONSES AND PRODUCTION OF DOCUMENTS FROM PLAINTIFF

Defendant Frontier Airlines, Inc., pursuant to Local Rule 7.1(c), replies to Plaintiff Rebecca Beliard's Response ("Response") [ECF No. 62] to Defendant's Motion to Compel Discovery Responses and Production of Documents from Plaintiff ("Motion to Compel") [ECF No. 60] as follows:

1.    Following Defendant filing its Motion to Compel and requesting hearing dates for the discovery dispute, Plaintiff emailed Defendant's counsel on December 2, 2024, stating she was "amenable to [Defendant's] request to put a pause on discovery, provided that [Defendant] withdraw the motion to compel." [*See* ECF No. 61-1]. In reliance on that representation, Defendant then filed a Notice of Supplemental Certificate of Local Rule 7.1 Conferral ("Notice of Supplemental Certificate") [ECF No. 61] on December 9, 2024 memorializing Plaintiff's amended position regarding staying discovery pending resolution of Defendant's pending Motion to Dismiss the Third Amended Complaint and Stay Discovery and Incorporated Memorandum of Law dated October 18, 2024 [ECF No. 54]. [*See* ECF No. 61.] The Notice of Supplemental Certificate was then served on Plaintiff both via e-mail and U.S. Mail.

2.    Accordingly, given that Plaintiff does not oppose a stay on discovery, Defendant

respectfully requests the Court to stay discovery pending resolution of Defendant's Motion to Dismiss, as indicated in Defendant's Motion to Compel and Motion to Dismiss.

3. No prejudice will result to either party because there is presently no operative pretrial scheduling order or trial date because when the Court dismissed the Second Amended Complaint, it also closed the case for 76 days from July 31, 2024 [ECF No. 47] until October 15, 2024 [per ECF No. 53] and denied all other pending motions as moot. [*See* Order, ECF No. 47].

4. Alternatively, if the Court does not grant a stay of discovery pending resolution of Defendant's Motion to Dismiss, then Plaintiff should be required to respond to the pending discovery without objections because her response to the Motion to Compel was limited only to her change in position that she is now in agreement to staying discovery.

**WHEREFORE**, Defendant respectfully requests that this Court: (i) grant a stay of discovery as indicated in Defendant's Motion to Dismiss [ECF No. 54] and Motion Compel [ECF No. 60]; (ii) alternatively, if a stay on discovery is not granted, grant Defendant's Motion to Compel and order Plaintiff to respond to Defendant's discovery requests; and (iii) grant all other relief as necessary and equitable.

Dated: December 16, 2024

Respectfully submitted,
HOLLAND & KNIGHT LLP

*/s/ Joshua R. Levenson*
Joshua R. Levenson
Florida Bar No. 56208
joshua.levenson@hklaw.com
Jordan N. Bittle
Florida Bar No. 1031464
jordan.bittle@hklaw.com
Holland & Knight LLP
515 E. Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Phone: (954) 525-1000
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 16, 2024, I electronically filed the foregoing document with the Clerk of the Court CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

Rebecca Beliard
RPB Law, PLLC
121 NE 34th St Unit 2714
Miami, FL 33137-3886
Email: hello@rebeccabeliard.com;
rebecca@rebeccabeliardesq.com;
rebecca@rebeccabeliard.com
rebecca@rpblawfirm.com
**[ via E-mail ]**

By: */s/ Joshua R. Levenson*
Joshua R. Levenson
Florida Bar No. 56208