**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:23-cv-23321-KMM

REBECCA BELIARD,

    Plaintiff,
v.

FRONTIER AIRLINES, INC.,

    Defendant.
_____/

**FINAL JUDGMENT**

THIS CAUSE came before the Court upon the Court's February 12, 2025 Order dismissing this case with prejudice. (ECF No. 64). Pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby ORDERED AND ADJUDGED that Final Judgment is entered in favor of Frontier Airlines, Inc. and against Plaintiff Rebecca Beliard.

DONE AND ORDERED in Chambers at Miami, Florida, this  12th  day of February, 2025.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c: All counsel of record