IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Civil No. 1:23-cv-23321-KMM

Rebecca Beliard

Plaintiff,

v.

Frontier Airlines, Inc. (Flight #2984), a Foreign Profit Corporation

Defendant

## NOTICE OF APPEAL

MAY IT PLEASE THE COURT:

Comes now the plaintiff, Rebecca Beliard, proceeding *pro se*[1], and, most respectfully, states as follows:

Plaintiff-Appellant Rebecca Beliard appeals to the United States Court of Appeals for the 11th Circuit from the *Order* granting the *Motion to Dismiss for Failure to State a Claim* (ECF 64) (February 12, 2025) and the *Final Judgment* that subsequently followed (ECF 65) (February 13, 2025).

I HEREBY CERTIFY that on this same day the foregoing document was filed on paper and will be notified by the CM/ECF system to all counsel of record. I will also notify defense counsel via email.

---

[1] This document was prepared with the assistance of additional counsel, under Florida Bar Ethics Opinion 79-7 (Reconsideration).

*[signature]*

Rebecca Beliard
121 NE 34th Street
Apt. 2714
Miami, Fl  33137
Email: Rebecca@rebeccabeliard.com

Date:

Counsel for defendant is:

<u>SERVICE LIST:</u>
Joshua R. Levenson, Esq.
FBN: 56208
HOLLAND & KNIGHT, LLP
515 E. Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Email: Joshua.levenson@hklaw.com

Date: